## SEC v. Norstra Energy Inc.

## Plaintiff's Exhibits Index

| Exhibit No. | Exhibit |
|---|---|
| 1. | Proposed Pre-trial Order |
| 2. | Weintz Deposition Excerpts |
| 3. | Kaitz Deposition Excerpts |
| 4. | Dany Testimony Excerpts 09.20.13 |
| 5. | 03.27.13 Finn Email to Kaitz, attaching proposed Endorser agreement |
| 6. | 04.01.13 Signed Endorser agreement |
| 7. | 06.05.13 Dany Email to Kaitz, attaching proposed Endorser agreement |
| 8. | 01.28.16 Dany Verified Interrogatory Responses |
| 9. | Norstra June E-mailer |
| 10. | Norstra June Mailer |
| 11. | Dany Testimony Excerpts 02.10.14 |
| 12. | Dany 04.06.13 Wire Receipt |
| 13. | Dany 05.13.13 Wire Receipt |