## SEC v. Norstra Energy Inc.

## Plaintiff's Exhibits Index

| Exhibit No. | Exhibit |
|---|---|
| 1. | Kaitz Deposition Excerpts |
| 2. | Arista Theme to Full Service E-mail, 03.26.13, with attachment |
| 3. | Dany Testimony Excerpts 09.23.13 |
| 4. | Dany Testimony Excerpts 02.10.14 |
| 5. | Dany to Hasz E-mail, 04.02.13 |
| 6. | Dany to Kaitz e-mail, 05.01.13, with attachment |
| 7. | Kaitz and Weintz E-mail Chain, 03.14.13 |
| 8. | Dany Deposition Excerpts |
| 9. | Weintz to Dany E-mail, 03.29.13 |
| 10. | Kaitz to Weintz E-mail, 03.27.13 |
| 11. | Weintz to Dany E-mail, 03.27.13 |
| 12. | Weintz to Dany E-mail, 03.27.13, with attachment |
| 13. | Weintz to Kaitz and Dany E-mail, 03.27.13 |
| 14. | Weintz, Kaitz, Dany E-mails, 05.07.13 |
| 15. | Weintz to Dany E-mail, 05.12.13 |
| 16. | Flaherty to Kaitz E-mail, 05.13.13 |
| 17. | Kaitz to Dany E-mail, 05.17.13 |
| 18. | Kaitz to Dany E-mail, 05.17.13 |
| 19. | Kaitz to Dany E-mail, 05.10.13 |
| 20. | Exhibit 33 of Dany's Testimony on 09.23.13 |
| 21. | Norstra electronic promotional material |
| 22. | Dany and Grant E-mails, 06.22.13 |
| 23. | List rental agreements |
| 24. | Exhibit 34 of Dany's Testimony on 09.23.13 |
| 25. | Norstra electronic promotional material |
| 26. | Kaitz to Dany E-mail, 04.01.13, Exhibit 44 of Dany's Testimony of 09.23.13 |
| 27. | Finn to Kaitz E-mail, 05.07.13 |
| 28. | Kaitz to Dany E-mail, 05.07.13 |
| 29. | Dany to Weintz E-mail, 04.18.13 |
| 30. | Dany to Weintz and Kaitz E-mail, 03.28.13 |
| 31. | Norstra electronic promotional material |
| 32. | Norstra electronic promotional material |
| 33. | Letter from M. Bahcall to Commission Staff, 01.23.14 |
| 34. | Letter from M. Bahcall to Commission Staff, 07.11.16 |