## SEC v. Norstra Energy Inc.

## Plaintiff's Exhibits Index

| Exhibit No. | Exhibit |
|---|---|
| 1. | Dany Testimony Excerpts 09.20.13 |
| 2. | Dany Testimony Excerpts 02.10.14 |
| 3. | 04.23.13 Kaitz and Dany e-mail |
| 4. | 06.22.13 Grant and Dany e-mail |
| 5. | 04.18.13 Dany and Weintz e-mail |
| 6. | Kaitz Deposition Excerpts |
| 7. | 04.30.15 Sedhom to Klug e-mail |
| 8. | Dany 04.06.13 Wire Receipt |
| 9. | Dany 05.13.13 Wire Receipt |
| 10. | 04.01.13 Signed Endorser agreement |
| 11. | 04.01.13 Signed Endorser agreement |
| 12. | 06.05.13 Dany Email to Kaitz, attaching proposed Endorser agreement |
| 13. | Norstra June Mailer |
| 14. | Norstra June E-mailer |
| 15. | Letter from M. Bahcall to Commission Staff, 01.22.14 |
| 16. | Letter from M. Bahcall to Commission Staff, 07.11.16 |