# Exhibit 3

.

---

| | |
|---|---|
| **From:** | Eric Dany <ericdany@mchsi.com> |
| **Sent:** | Tuesday, April 23, 2013 9:12 AM |
| **To:** | 'William Kaitz' |
| **Cc:** | 'Kevin Finn' |
| **Subject:** | RE: Better Late than never |

Bill,
Thank you for the signed agreement.
BTW – I have received several emails that suggest the people are being spammed…I had one say there wasn't an opt out link…
Please check with your list providers as this is quite unacceptable.
Eric

---

**From:** William Kaitz [mailto:wkaitz@yahoo.com]
**Sent:** Monday, April 22, 2013 12:38 PM
**To:** Eric Dany; kevin@finncom.com
**Subject:** Better Late than never

Here you go.  Was sitting in my scanner all this time.

Apologies.

Bill Kaitz
360-778-9128

Disclaimer:  Information contained herein is based on sources we believe to be reliable but we do not guarantee its accuracy. This report is for informational purposes only, and is not intended as an offer to sell or a solicitation to buy securities. The private securities litigation reform act of 1995 provides a safe harbor for forward looking statements made on behalf of the company. All such forward looking statements are, by necessity, only estimates of future results and actual results achieved may differ materially from these statements due to a number of factors. There exist no obligations to update these forward looking statements to reflect actual results, changes in assumptions or changes in other factors affecting such statements. You should independently investigate and fully understand all risks before making investment decisions.

This email is for the use of the intended recipient(s) only.  If you have received this email in error, please notify the sender immediately and then delete it.  If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carryout your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.  The information contained in this communication may be confidential. If you are the intended recipient and you do not wish to receive similar electronic messages from us in future then please respond to the sender to this effect.

CONFIDENTIAL                                                                                                                                                              KAITZ 00009