Exhibit 4

## customerservice@prospectornewsletters.com

**From:**   <customerservice@prospectornewsletters.com>
**Date:**   Saturday, June 22, 2013 8:51 AM
**To:**   <grant88@comcast.net>
**Subject:**   Re: question from subscriber

Hello Bill,

We do not put all advertising companies in our newsletter. NORX isnt' being covered.
If that's a problem for you we can refund your subscription.
Best,
Eric

**From:** grant88@comcast.net
**Sent:** Saturday, June 22, 2013 5:11 AM
**To:** customerservice@prospectornewsletters.com
**Subject:** question from subscriber

You just sent out a flyer in the mail recommending NORX - Norstra Energy
Why is this company NOT in your portfolio...thank you
Bill
Connecticut

11/10/2015
**DANY00344**