# Exhibit 5

**From:** wkaitz@yahoo.com
**Sent:** Thursday, April 18, 2013 12:46 PM
**To:** Todd Weintz
**Subject:** Re: problems with NORX copy

Lol, seems to me like that should have come up before he "approved" it.

Let me read this later today and get back to you on it.
Sent via BlackBerry by AT&T

**From:** "tweintz" <tweintz@weintzcompany.com>
**Date:** Thu, 18 Apr 2013 12:39:16 -0400
**To:** <wkaitz@yahoo.com>
**ReplyTo:** tweintz@weintzcompany.com
**Cc:** Eric Dany<ericdany@mchsi.com>
**Subject:** problems with NORX copy

Bill -

Not sure what you want me to do about this?



**From:** "Eric Dany" <ericdany@mchsi.com>
**Sent:** Thursday, April 18, 2013 12:24 PM
**To:** tweintz@weintzcompany.com
**Subject:** Pls review

Todd – Please review and let me know what you think...

1. The company's leases appear to lie outside of the Alberta Bakken Fairway southern boundary, yet the report states that it is "smack in the middle of the Bakken's newly recognized sweet spot".
2. The company holds slightly less than 16 sections of the 2,850 section Fairway. The report states states each section hold 13 million barrels original oil. That totals around 208 million barrels of original oil in place for the leases, but the report boldly states that the 16 sections could hold 8.5 billion barrels, which would account for about one-fourth of the 37 billion barrel OOIP for the entire Alberta Bakken Fairway.
3. Production estimates may be unsupportable. Typical recovery rates throughout the Bakken reported in a 2012 Univ. of North Dakota report puts Bakken at "a 3% to 10% recovery rate", not a "reasonable 30%" as given in the NORX report. Depletion rates are extremely rapid, so ten-years of economic production per well is questionable.
4. The consensus I find for profitable oil extraction from Bakken formations requires oil prices between $75 and $85 a barrel. Though $90 a barrel certainly falls on the right side of that line, projecting NORX to $259.7 million profit per section on $280 million "net revenue" appears questionable.
5. If the company does have 208 million barrels ooip, a 10% recovery rate would translate to $1.872 billion in total reserves. Divide that by 73.7 Million OS and your have $25.40/per share in total reserves. I don't believe that supports a $25 share price projection. Even tripling that with a 30% recovery rate won't support $25/share.

From today's email, I see two issues here: the math seems terribly flawed and there is no conditional language in the headline.

1

CONFIDENTIAL TREATMENT REQUESTED

FSM0008234

SECLIT-000092961

# Turn $10,000 into $120 MILLION as Norstra drills wells on its overlooked and "underpriced" Bakken Resource!

In the last paragraph, the copy calculates a different figure. Also, consider changing "would" to "could":

That works out to a gain of 5,000! It means, if I'm right, $10,000 invested in NORX now, while you can still get it for around 50-cents, would explode in value to a cool half a million dollars!

Following the link, here is the valuation information from the landing page. It concludes with the 50-fold growth projection, which doesn't square with the $10,000 to $137,900 figure. Also, in the concluding paragraph you project NORX,

"... to begin a steady climb that will eventually take it to about $25 or more a share!"

## Here's $10,000 invested in NORX now could grow to $137,900!

Geological estimates for the area of Norstra's 10,097 acres are for 13,000,000 barrels of original oil in place for each 640-acres, four-well drilling site.

When you do the numbers, using net revenue interest of just 80%...

At a reasonable 30% recovery rate, that yields 3,900,000 barrels per 640 acres site...

Four wells per 640 acre site @ $5M each = $20 million. Figuring oil selling at $90 a barrel and operating expenses per four-well site of $2,500 and a well life of 10 years...

So, that works out to $280,000,000 net revenue less expenses of $20,300,000 = profit of 259,700,000 for an investment of just $20,300,000.

Or, extrapolating...an investment of just $10,000 would yield $137,931.

That's why near-term, I expect this stock, NORX, to jump quickly from its current ridiculous 50-cents a share to the $5.00 range and then in the next 18-24 months, to begin a steady climb that will eventually take it to about $25 or more a share!

CONFIDENTIAL TREATMENT REQUESTED

FSM0008235

SECLIT-000092962