# Exhibit 7

| | |
|---|---|
| From: | Rania Sedhom <rsedhom@gmail.com> |
| Sent: | Thursday, April 30, 2015 12:35 PM |
| To: | Klug, Yitzchok |
| Subject: | Fwd: New Gov't Report Could Signal Round 2 for Bakken Gains |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |



Dear Ultimate Wealth Report Reader:

Please find below a special message from our sponsoring advertiser, Arista Theme Ltd. They have important information to share with you. Thank you.

The following information is not endorsed by Newsmax, Moneynews, or the writers of the Ultimate Wealth Report, nor have we researched the investment that is described below. While investing in over-the-counter stocks can be rewarding, they typically come with a lot of risk. Please conduct your own due diligence and invest at your own discretion.

Moneynews.com



## Bakken Shale could hold 458 %more recoverable oil than previously estimated!



Soon-To-Be-Released, New USGS Report Could Signal...

# Round 2

## of explosive Bakken Shale profits!

### If you missed out on these huge profits during round 1 of the Bakken revolution:

- 473% gain - Marathon Oil
- 538% gain -- Continental Resources
- 560% gain -- Statoil ASA
- 766% gain -- Whiting Petroleum
- 672% gain -- Hess
- 1,611% gain -- EOG Resources
- 5,557% gain -- Kodiak Oil & Gas

### Here's a second, and even better opportunity:

Buy shares of Norstra Energy (NORX) now before new the estimates from the U.S Geological Survey and you could...



## Turn $10,000 into $120 MILLION as Norstra drills wells on its <u>overlooked</u> and "<u>underpriced</u>" Bakken Resource!

### Seismic data indicates Norstra Energy could be sitting on top of as much as...

# 8.5 billion barrels of oil!

New, soon-to-be-released USGS Report could

## estimate the vast Bakken Shale holds as much as 100 billion barrels of original oil in place.

With a 99.6% probability of drilling success and an estimated 8.5 billion barrels of original oil in place, Norstra Energy's *overlooked* and *underpriced* play in Montana's Sun River Bakken could make you rich!

Fellow Investor:

It's common knowledge among oil industry higher-ups that the U.S. Geological Survey (USGS) is putting the final touches on its brand new, two-year, intensive geological study to determine more-accurately how much recoverable oil is in the vast Bakken Shale.



And, although the USGS has not yet confirmed it, geologists at major, big-oil companies are betting that, *when released*, the new estimates will indicate there may be as much 458% more recoverable oil there than previously reported by the USGS in its last 2008 survey!

***You need to act now before the government releases new, much higher estimates!***

Because, just as its previous 2008 survey unleashed an investor rush that quadrupled the trading prices of many Bakken-related oil stocks, so could a new 458% increase ignite *a second round of buying.*

Round-one investors, who were quick to jump on most any of the Bakken's exploratory drillers, could have made huge profits of 473%. . .766%. . .1,611% and even 5,557% as companies like Marathon, Hess and Kodiak began drilling.

That was then. And the many of the initial Bakken investors are very, very rich.

But now, new estimates by credible geologists with some of the majors put the Bakken's total oil in place much higher, conceivably as much as 100 billion of what's referred to as original oil in place, or 24 billion barrels of recoverable oil (458% greater than the USGS's 2008 estimate).

It's expected that the new USGS Survey will confirm this astonishing increase in recoverable Bakken oil reserves. And, I don't see how it can possibly not ignite a repeat of the round one buying frenzy.

But, for the maximum bang for your buck when that USGS report hits the street, you don't want to invest now in the oil stocks that already took a ride on the 2008 Report.

***I've got a brand new Bakken play that, to me, looks exactly like Kodiak Oil & Gas before that last USGS Report sent Kodiak soaring by a stunning 5,557%!***

### <span style="color:red">Like Investing In Little-Known Kodiak<br>Before It Began Its 5,557% Tear!</span>

If you're an energy investor, you may know that most of those early, first-to-the Bakken, super-hot energy stocks have understandably cooled as fat and happy early investors have taken $-billions in profits off the table.

While many of those already-profitable, Bakken-related stocks will undoubtedly get a huge boost from a new USGS Report, none is likely to give you a repeat of the kind of explosive

profits seen in the early days of the Bakken Shale revolution.

# Round 2 of the Bakken Revolution:

But, what if...

- You could turn back the calendar to the days when stocks of Bakken Jr.s, like Kodiak Oil & Gas were trading for pennies? What if you could invest now in the Bakken's next 5,557% super-stock?

- What if there is a *"whole new" Bakken* within the already developing oil fields of the vast Bakken shale that is just now attracting attention?

- And what if there was a <u>brand new, still-undiscovered</u> exploration company, headed by a field geologist recognized as one of America's most experienced Bakken experts?

- What if that company had just negotiated the mineral rights to 10,097 of prime Bakken acreage and ***somehow managed to pay less than 4% of what some of the majors have paid per acre?***

- And. . .best of all. . .what if you could invest in that company at less than 50-cents a share. What if the stock of this Bakken newcomer proves true to the pattern of so many past Bakken success stories?

Well that, in a nutshell, is what this is all about!

**The company is Norstra Energy Inc. (NORX).**

Read on and you will discover the fascinating story of round 2 of the Bakken revolution...

- How this newly-launched explorer was able to snap up 10,097 acres of prime Bakken real estate at just $1,500 an acre when the majors have been paying as much as $40,000, plus...

- Why geologists are saying NORX has a 99% certainty its new wells will be productive and profitable...

- And why management is so certain it can complete a productive well at a cost of only about $6 million compared to the $200 million some of the majors have spent at other locations.

Follow the link below and you'll find all the clear and convincing details as to why I am predicting this 50-cent stock, NORX, could be headed for $2.50-$3.00 in the very near future, and why 18-24 months down the road, you could see NORX trading for as much as $25-$27.50 a share.

My name is Eric Dany. I'm editor and publisher of *Eric Dany's Stock Prospector, Main Street*

*Research.* I'll tell you more about my service in a moment, but by way of credibility, using Main Street Research, instead of Wall Street's, some of my readers could have racked up some absolutely spectacular profits including:

- **Suncor Energy up 178% - profits at 360% and 500 %**
- **Holly Frontier profits of 135%**
- **Darling Int'l up 320%**
- **Marathon Petroleum profits at 88% & 117%**
- **Nova Gold profits at 100% & 135%**

I checked the numbers three times to make sure they were right. And it's true...

Clients who bought the stocks recommended our Annual Winning Stock special reports have trounced the market since 2004.

Our annual Winning Stocks Report features eight companies for the year ahead and over the last nine years our picks have trounced the market averages by more than two-to-one. Our Winning Stocks have returned an average of 18.8% annually versus 7.3% for the broad market.

Even as the market hits new all-time highs, there's lots of money still sitting on the sidelines, poised to pour into the market and it is likely you will see great stocks explode in bursts - racking up 80% of their next 12 month gains...in 12 weeks or less.

Now I'm predicting that NORX could be my best call ever! If you move on Norstra Energy Corp right now, you could pocket profits like you've never made from any stock buy to date! If you act before one of the majors makes a takeover move, this 50-cent stock could make you a fortune as I believe the company's estimated 8.5 billion barrels of oil in place could easily fetch $25 a share in a takeover!

That works out to a gain of 5,000%! It means, if I'm right, $10,000 invested in NORX now, while you can still get it for around 50-cents, would explode in value to a cool half a million dollars!

Don't wait! As you'll see when you read on, I believe one of the majors may be readying a takeover offer that, the minute it leaks out, could send this stock flying!

For complete details:



> **P.S.** It's an astonishing fact that 99% of all wells drilled to date in the Bakken have been successful! Sophisticated seismic data indicate this Southern River Bakken Prospect should be no different!

ERIC DANY'S STOCK PROSPECTOR IMPORTANT NOTICE AND DISCLAIMER: This is a paid advertisement by Eric Dany and/or Eric Dany's Stock Prospector (collectively, "EDSP"). EDSP has received $10,000 from Full Service Media, LLC in compensation for this advertisement to enhance public awareness of Norstra Energy, Inc. (hereafter "NORX"). EDSP also expects to receive new subscriber revenue, the amount which is unknown at this time, as a result of this advertising effort. EDSP does not perform any due diligence on the stocks and companies discussed herein. EDSP relies on generally available public information and representations made by NORX. EDSP does not purport to provide an analysis of any company's financial position, operations, or prospects and this is not to be construed as a recommendation by EDSP, or an offer to sell or solicitation to buy or sell any security. NORX, the company featured in this issue, appears as paid advertising. Although the information contained in this advertisement is believed to be reliable, EDSP makes no warranties as to the accuracy of any of the content herein and accepts no liability for how readers may choose to utilize it. Readers should perform their own due-diligence before investing in any security including consulting with a qualified investment advisor or analyst. Readers should independently verify all statements made in this advertisement and perform extensive due-diligence on this or any other advertised company. Eric Dany and EDSP nor any of their principals, officers, directors, partners, agents, or affiliates are not, nor do we represent ourselves to be, registered investment advisors, brokers, or dealers in securities. EDSP is not offering securities for sale. An offer to buy or sell can be made only with accompanying disclosure documents and only in the states and provinces for which they are approved. EDSP does not offer or sell securities. More information can be received from NORX's website at www.norstraenergy.com. Further, specific financial information, filings and disclosures as well as general investor information about publicly listed companies and other investor resources can be found at the Securities and Exchange Commission website at www.sec.gov and www.nasd.com. Any investment should be made only after consulting with a qualified investment advisor and only after reviewing the financial statements and other pertinent corporate information about the company. Many states have established rules requiring the approval of a security by a state security administrator. Check with www.nasaa.org or call your state security administrator to determine whether a particular security is licensed for sale in your state. This advertisement is not intended for readers in any jurisdiction where not permissible under local regulations and investors in those jurisdictions should disregard it. Investing in securities is highly speculative and carries a great deal of risk, which may result in investors losing all of their invested capital. Past performance does not guarantee future results. The information contained herein contains forward-looking statements and information within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, including statements regarding expected continual growth of the featured company. Forward-looking statements are based upon expectations, estimates and projections at the time the statements are made and involve risks and uncertainties that could cause actual events to differ materially from those anticipated. Forward-looking statements may be identified through the use of words such as expects, will, anticipates, estimates, believes, or by statements indicating certain actions may, could, should, or might occur. Any statements that express or involve predictions, expectations, beliefs, plans, projections, objectives, goals or future events or performance may be forward-looking statements. In accordance with the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, the publisher notes that statements contained herein that look forward in time, which include other than historical information, involve risks and uncertainties that may affect the company's actual results of operations. Factors that could cause actual results to differ include, but are not limited to, the size and growth of the market for the company's products and services, regulatory approvals, the company's ability to fund its capital requirements in the near term and the long term, pricing pressures and other risks detailed in the company's reports filed with the Securities and Exchange Commission. Eric Dany's Stock Prospector is a trademark of Eric Dany. All other trademarks used in this publication are the property of their respective trademark holders. EDSP is not affiliated, connected, or associated with, and are not sponsored, approved, or originated by, the trademark holders unless otherwise stated. No claim is made by EDSP to any rights in any third-party trademarks.

Third Party Advertiser/Advertising Agency IMPORTANT NOTICE AND DISCLAIMER: Arista Theme Ltd., the third party advertiser, has paid $426,035 USD to Full Service Media, LLC (FSM) as of April 2, 2013 for this advertising effort in an effort to build investor awareness. FSM shall retain any amounts over and above the cost of creating and distributing this email advertisement which advertises Eric Dany's Stock Prospector Newsletter coverage of Norstra Energy, Inc., Advertising services include; production, outsourced advertising copywriting services, mailing and other related distribution services and advertising media placement costs. Arista Theme Ltd., the third party advertiser, is a company based in Tortula, BVI. Arista Theme Ltd., the third party advertiser, has represented to FSM in writing that it is not a current shareholder of Norstra Energy, Inc. and that neither it nor its affiliates will buy or sell any shares of Norstra Energy, Inc. during the period that this advertisement is being disseminated by FSM third party media vendors. This is sponsored advertising and does not purport to provide an analysis of the featured company's financial position, operations or prospects and is not to be construed as a recommendation or solicitation by FSM to buy or sell any security. FSM is a firm which refers and facilitates the services of third-party vendors and advertising related service providers to persons wishing to sponsor advertising featuring publicly-traded companies. FSM is not a financial analyst, investment advisor or broker/dealer. The services provided by FSM in connection with this advertisement are limited to the introduction of third party advertiser to copywriter services and paid endorser, the renting of distribution list(s), and managing the production and distribution of this advertisement. FSM is not responsible for the endorsement of this advertisement, which is the sole responsibility of Eric Dany's Stock Prospector Newsletter. Eric Dany's Stock Prospector Newsletter expects to generate new subscriber revenue as a result of this advertising effort. Neither FSM nor its members have an ownership interest in Eric Dany's Stock Prospector Newsletter or any of its affiliates, and neither Eric Dany's Stock Prospector Newsletter nor its affiliates have an equity interest in FSM. Neither FSM nor its members will trade in the securities of Norstra Energy, Inc. FSM makes no warranties as to the accuracy of the content of this advertisement and expressly disclaims and assumes no liability for how readers may choose to utilize the content of this advertisement. Readers are strongly urged to independently verify all statements made in this advertisement and to perform their own due diligence on this or any other advertised company, including but not limited to consulting with a qualified investment professional and reviewing the publicly available financial statements of, and other information about Norstra Energy, Inc. You should also determine that an investment in Norstra Energy, Inc. company is appropriate and suitable for you. Norstra Energy, Inc. is traded on the OTCQB (trading symbol: NORX). Its stock is registered under the Securities Act of 1933, as amended, and its periodic and other reports filed under the Securities Exchange Act of 1934, as amended, are publicly available from the Securities and Exchange Commission at its website at http://www.sec.gov. This website also contains general investor information about publicly-traded companies, advice to investors and other investor resources. Other investor resources are available from the Financial Industry Regulatory Authority through its website at http://www.finra.org. Many states have established rules requiring approval by the state securities administrator to permit sales of a security to its residents. Check with the North American Securities Administrators Association through its website at http://www.nasaa.org or call your state securities administrator to determine whether a particular security may be purchased by you as a resident of your state. Many companies have filed information with state securities regulators and many companies will supply prospective investors with additional information upon request. Investing in securities is highly speculative and carries a great deal of risk, especially as to newer companies with comparatively short operating histories and limited earnings This advertisement contains forward-looking statements regarding Norstra Energy, Inc. its business and prospects. Such forward-looking statements are within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are intended to be covered by the safe harbor provisions created by these laws. This advertisement may provide the addresses of or contain hyperlinks to outside or third-party websites, FSM has not reviewed any such websites and takes no responsibility for the contents thereof or any possible effects resulting from accessing any such websites. The contents of any such websites do not in any way constitute a part of this advertisement. Accessing such websites or following any link shall be at your own risk.

View Important Disclaimer Here

   

This email is never sent unsolicited. You have received this Newsmax email because you subscribed to it or someone forwarded it to you. To opt

out, see the links below.

---------- **TO ADVERTISE** ----------

For information on advertising, please contact Newsmax Advertising Sales via email.

---------- **TO SUBSCRIBE** ----------

If this email has been forwarded to you and you would like to sign up, please click here.

Remove your email address from our list or modify your profile. We respect your right to privacy. View our policy.

This email was sent by:
**Newsmax.com**
1501 Northpoint Parkway, Suite 104
West Palm Beach, FL 33407 USA

1514211