# Exhibit 8

# Payment Receipt

**Prospector Newsletters**
**PO Box 1081**
**Moline, IL 61266**

**Received From:**
FINNCOM INC
FINNCOM INC

| | | | |
|---|---|---|---|
| **Date Received** | 04/06/2013 | **Payment Amount** | $10,000.00 |
| **Payment Method** | ACH | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 04/06/2013 | 3741 | -$10,000.00 |

SEC-Dany-E-0000057