# Exhibit 9

Payment Receipt

**Prospector Newsletters**
**PO Box 1081**
**Moline, IL 61266**

**Received From:**
FINNCOM INC
FINNCOM INC

| | | | |
|---|---|---|---|
| **Date Received** | 05/13/2013 | **Payment Amount** | $10,000.00 |
| **Payment Method** | ACH | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 05/13/2013 | 3759 | -$10,000.00 |

SEC-Dany-E-0000058

SECLIT-000018431