# Exhibit 10

## INVESTOR RELATIONS PROJECT AGREEMENT

AGREEMENT is made this day between Eric Dany and  Full Service Media LLC  (Client).

In consideration of the mutual agreements herein, the parties agree as follows:

1. **Acceptance.** Signature by Client constitutes acceptance of these terms.

2. **Project.** Eric Dany/Stock Prospector will be the spokesperson for the Client's e-mail investor relations advertising campaign on Norstra Energy, Inc. (Symbol – NORX). The campaign is an effort to increase industry and investor awareness for NORX.

3. **Final Approval.** Eric Dany maintains his right of final approval of all copy and design. Client will provide satisfactory legal disclaimer for review prior to e-mailing.

4. **Campaign Media.** The campaign includes emails to United States investors. Distribution of campaign materials outside of the United States is not permitted. The client agrees to suppress Stock Prospector's current "Do Not email" names. All emails will be Can-Spam compliant. The Client assumes all liability and responsibility should it be determined that non-Can-Spam compliant emails were used in this campaign, or if the "Do Not Email" list was not used.

5. **Campaign Duration.** The scheduled dates for the email campaign:

   April 1 through June 30th, 2013.

   Any use beyond these dates is prohibited unless project agreement is extended in writing.

6. **Fee and Payment.** The Client agrees to pay $10,000 for the campaign effort. Payment is due in full prior to any release of campaign materials.

7. **Cancellations.** In the event of cancellation by the Client, Eric Dany shall retain all fees and payments collected as of the date of cancellation. In the event of cancellation, Eric Dany shall own all rights in the copy and any design created for the Client.

8. **Releases.** The Client agrees to indemnify and hold harmless Eric Dany against any and all claims, costs, and expenses, including attorney's fees, should it be determined materials or information included in the copy and design are fraudulent or illegal.

INVESTOR RELATIONS PROJECT AGREEMENT                                                                1

CONFIDENTIAL TREATMENT REQUESTED                                         FSM0009113

SECLIT-000009778

9. **No Trading.** Eric Dany shall not trade, buy, sell, or hold the securities of the featured company.

10. **Governing Law.** This Agreement shall be governed by the laws of the State of Illinois.

11. **Choice of Forum.** Any disputes arising under this Agreement which become the subject of litigation shall be filed and litigated in the district courts of Rock Island County, Illinois.

12. **Facsimile Signatures Acceptable.** This Agreement may be signed by the parties and copies thereof delivered to each party by way of facsimile transmission, and such facsimile copies shall be deemed original copies for all purposes if original copies of the parties' signatures are not delivered.

13. **Miscellany.** This Agreement shall be binding upon the parties, successors, agents, assigns, and personal representatives. This Agreement constitutes the entire understanding between the parties. Its terms can be modified only by an instrument in writing signed by both parties, except that the Client may authorize expenses or revisions to the copy or design orally. Should any part or portion of this Agreement be found to be void for any reason, the remaining terms and conditions shall remain in effect.

SIGNED by the parties to this Agreement as of the dates set forth below.

| Eric Dany | *William Kritz* |
| --- | --- |
| | Client Name |
| | |
| _____ | *[signature]* |
| Signature | (Signature) |
| | |
| | 4/1/13 |
| _____ | _____ |
| Date Signed | Date Signed |

Please fax signed Agreement to: 309-736-9385

INVESTOR RELATIONS PROJECT AGREEMENT                    2

CONFIDENTIAL TREATMENT REQUESTED                    FSM0009114

SECLIT-000009779