Exhibit 12

.

| | |
|---|---|
| **From:** | Eric Dany <ericdany@mchsi.com> |
| **Sent:** | Wednesday, June 05, 2013 3:26 PM |
| **To:** | bill.kaitz@gmail.com |
| **Subject:** | RE: Email |
| **Attachments:** | Direct Mail Project Agreement 1306 NORX.doc |

Hi Bill,
Appreciate your willingness to address the issues as situations arise!
Here's the direct mail agreement for signature.
Thank you,
Eric

-----Original Message-----
From: bill.kaitz@gmail.com [mailto:bill.kaitz@gmail.com]
Sent: Wednesday, June 05, 2013 1:35 PM
To: Eric Dany
Subject: Email

Here it is
Sent via BlackBerry by AT&T

CONFIDENTIAL TREATMENT REQUESTED                                    FSM0001763

SECLIT-000002428

## INVESTOR RELATIONS PROJECT AGREEMENT

AGREEMENT is made this day between Eric Dany and Full Service Media LLC. (Client).

In consideration of the mutual agreements herein, the parties agree as follows:

1.   **Acceptance.** Signature by Client constitutes acceptance of these terms.

2.   **Project.** Eric Dany/Stock Prospector will be the spokesperson for the Client's direct mail investor relations advertising campaign for Norstra Energy, Inc (Symbol - NORX). The campaign is an effort to increase industry and investor awareness for NORX.

3.   **Final Approval.** Eric Dany maintains his right of final approval of all copy and design. Client will provide satisfactory legal disclaimer for review prior to mailing.

4.   **Campaign Media.**  The campaign includes direct mail to United States investors. The client agrees to suppress Stock Prospector's current "Do Not mail" names.

5.   **Campaign Duration.**  The scheduled dates for the direct mail campaign:

     May 15, 2013 through July 15, 2013

     Any use beyond these dates is prohibited unless project agreement is extended in writing.

6.   **Fee and Payment.** The Client agrees to pay $10,000 for the campaign effort. Payment is due in full prior to any release of campaign materials.

7.   **Cancellations.** In the event of cancellation by the Client, Eric Dany shall retain all fees and payments collected as of the date of cancellation. In the event of cancellation, Eric Dany shall own all rights in the copy and any design he created for the Client.

8.   **Releases.** The Client agrees to indemnify and hold harmless Eric Dany against any and all claims, costs, and expenses, including attorney's fees, should it be determined the publically available materials or information included in the copy and design are fraudulent or illegal.

9.   **No Trading.** Eric Dany shall not trade, buy, sell, or hold the securities of the featured company.

CONFIDENTIAL TREATMENT REQUESTED                                   FSM0001764

SECLIT-000002429

10.  **Governing Law.** This Agreement shall be governed by the laws of the State of Illinois.

11.  **Choice of Forum.** Any disputes arising under this Agreement which become the subject of litigation shall be filed and litigated in the district courts of Rock Island County, Illinois.

12.  **Facsimile Signatures Acceptable.** This Agreement may be signed by the parties and copies thereof delivered to each party by way of facsimile transmission, and such facsimile copies shall be deemed original copies for all purposes if original copies of the parties' signatures are not delivered.

13.  **Miscellany.** This Agreement shall be binding upon the parties, successors, agents, assigns, and personal representatives. This Agreement constitutes the entire understanding between the parties. Its terms can be modified only by an instrument in writing signed by both parties, except that the Client may authorize expenses or revisions to the copy or design orally. Should any part or portion of this Agreement be found to be void for any reason, the remaining terms and conditions shall remain in effect.

SIGNED by the parties to this Agreement as of the dates set forth below.


Eric Dany

_____
Client Name


_____            _____
Signature                           (Signature)


_____            _____
Date Signed                         Date Signed

Please fax signed Agreement to:  309-736-9376


INVESTOR RELATIONS PROJECT AGREEMENT                    2

CONFIDENTIAL TREATMENT REQUESTED                    FSM0001765

SECLIT-000002430