# Exhibit 13

ERIC DANY'S STOCK PROSPECTOR
SUMMER 2013
U.S. Dollar $5.95
MAIN STREET RESEARCH

USGS
science for a changing world
U.S. GEOLOGICAL SURVEY

Soon-to-be-released Bakken Shale Report from the United States Geological Survey could signal...

# AMERICA'S ENERGY INDEPENDENCE!

New seismic data indicates little-known Norstra Energy (NORX) could be sitting on top of as much as...

EXHIBIT 21 PLTF. DEFT.
WITNESS Weintz
CONSISTING OF 16 PAGES
DATE 2-23-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

# 8.5 Billion Barrels of Oil!

Exhibit
70
ESQUIRE

Eric Dany, Editor & Publisher

# ERIC DANY'S STOCK PROSPECTOR
MAIN STREET RESEARCH

## Buy shares of Norstra Energy (NORX) Now Before the USGS releases new estimates and you could...

# Turn $10,000 into $833,000!

***This could be the biggest Bakken discovery ever!***

**Dear Investor:**

My name is Eric Dany. I am the editor and publisher of *Eric Dany's Stock Prospector Main Street Research*. My forte is being early to dig up the next big winner in the natural resources sector, and I'm saying now that my latest discovery, still-little-known **Norstra Energy** (NORX) could well prove to be my most profitable-ever find!

You'll find the entire, intriguing story of **Norstra** and how it could be about to add as much as 8.5 billion barrels of oil to the Bakken Shale's already incredible resources.

But first, by way of credibility, I'd like to toot my own horn just a bit. Using my Main Street Research, instead of Wall Street's, some of my readers could have racked up some absolutely spectacular profits from recent past picks, including:

- **Suncor Energy up 178%** — profits at 360% and 500%
- **Holly Frontier** — profits of 135%
- **Darling Int'l** — up 320%
- **Marathon Petroleum** — profits at 88% & 117%
- **Nova Gold** — profits at 100% & 135%

My annual *Winning Stocks Report* features eight companies for the year ahead and over the last nine years our picks have trounced the market averages by more than two-to-one. Our Winning Stocks have returned an average of 18.8% annually versus 7.3% for the broad market.

I checked the numbers three times to make sure they were right. And it's true...

***Clients who bought the stocks recommended in our Annual Winning Stock Special Reports have trounced the market since 2004.***

Even as the market hits new all-time highs, there's lots of money still sitting on the sidelines, poised to pour into the market and it is likely you will see great stocks explode in bursts — racking up 80% of their next 12 month gains... in 12 weeks or less.

Now I'm predicting that NORX could be my best call ever! If you move on Norstra Energy Corp right now, you could pocket profits like you've never made from any stock buy to date! If you act before one of the majors makes a takeover move, this 60-cent stock could make you a fortune as...

***I believe that down the road, the company's estimated 8.5 billion barrels of oil in place could easily fetch $25 a share in a takeover!***

That works out to a gain of 5,000%! It means, if I'm right, $10,000 invested in NORX now, while you can still get it for around 60-cents, could explode in value to a cool half a million!

Don't wait! An expected-soon report on the Bakken could boost oil resources in the Bakken by an extimated 458%, igniting a new round of Baken-mania that could send NORX flying to $5 a share, enough to turn $10,000 into $833,000!.

Don't wait until after the Report is public and the stock has already quadrupeled, get the details now and then call your broker or log on and invest in NORX!

— Eric Dany

Soon-To-Be-Released, Game-Changing USGS Report Could Signal...

# ROUND 2

# of explosive Bakken Shale profits!

*Did you miss these huge round 1 Bakken Shale profits?*

- **473% gain**—Marathon Oil
- **538% gain**—Continental Resources
- **560% gain**—Statoil ASA
- **766% gain**—Whiting Petroleum
- **672% gain**—Hess
- **1,6115% % gain**—EOG Resources
- **5,557% gain**—Kodiak Oil & Gas

**With a 99.6% probability of drilling success and an estimated 8.5 billion barrels of original oil in place, Norstra Energy's *overlooked* and *underpriced* play in Montana's Sun River Bakken could make you rich!**

**New, soon-to-be-released USGS Bakken Shale estimates of as much as 100 billion barrels of original oil in place, could make the U.S. energy independent.**

Buy shares of Norstra Energy (NORX) now before the new estimates from the U.S. Geological Survey and you could...

## Turn $10,000 into $833,000 as Norstra drills wells on its overlooked and underpriced Bakken Resource!

**Seismic data indicate Norstra Energy (NORX) could be sitting on top of as much as...**

# 8.5 billion barrels of oil!

**Dear Investor:**

Never again need a U.S. President bow to a Saudi King!

Thanks to the vast oil resources in America's Bakken Shale, OPEC's stranglehold is about to come to a startling and abrupt end.

Mukesh Ambani, the billionaire chairman of Reliance Industries Ltd., whose company operates the largest oil refining complex in the world, said on a CNN interview with Fareed Zakaria that...

"... the U.S.'s development of shale oil (the Bakken) and gas will make the country energy independent as early as 2018."

Even the "peak oil" gloom-and-doomers and the environmental crowd agree: America is on track to become totally energy self-sufficient in the not-so-distant future.

ABC News recently reported that the U.S. Government Accountability Office estimates that if only half the oil bound up in U.S. rock could be recovered, it would be..."equal to the entire world's proven oil reserves."

ABC news also reported that "the GAO and

*continued...*

private industry estimate the amount (shale oil) to be 3 trillion barrels."

How much oil is 3 trillion barrels?

Well, as Oil man Roger Day, Vice president of American Shale Oil puts it:

In the past 100 years — in all of human history — we have consumed a trillion barrels of oil."

## Leading the charge:

And one of the major movers behind this dramatic turnaround is the seasoned geologist who heads **Norstra Energy** (NORX), and his 30 years of local experience. Norstra is a mostly-unknown exploration company that seismic data indicates could be sitting on as much as 8.5 billion barrels of oil!

## Buy NORX now, before the coming USGS Report takes this 60-cent stock to $5! Act now and you could turn $10,000 into $833,000!

It's common knowledge among oil industry higher-ups that the U.S. Geological Survey (USGS) is putting the final touches on its brand new, two-year, intensive geological study to determine more-accurately how much recoverable oil is in the vast Bakken Shale.

Incredible technological advances in horizontal drilling and fracking have totally changed the equation and the USGS is about to reclassify billions of previously hard-to-recover oil as recoverable reserves.

And, although the USGS has not yet confirmed it, geologists at major, big-oil companies are betting that, *when released*, the new estimates will indicate there may be as much as 458% more recoverable oil there than previously reported by the USGS in its last 2008 survey!

***You need to act now before the government releases new, much higher estimates!***

Just as its previous 2008 survey unleashed an investor rush that quadrupled the trading prices of many Bakken-related oil stocks, so I believe could a 458% increase ignite *a second round of Bakken buying*.

Round-one investors, who were quick to jump on most any of the Bakken's exploratory drillers, could have made huge profits of 473%...766%...1,611% and even 5,557% as companies, like Marathon, Hess and Kodiak began drilling.

That was then. And the many of the initial Bakken investors are very, very rich.

But now, new estimates by credible geologists with some of the majors put the Bakken's total oil in place much higher, conceivably as much as 100 billion of what's referred to as original oil in place, or 24 billion barrels of recoverable oil (458% greater than the USGS's 2008 estimate).

It's expected that the new USGS Survey will confirm this astonishing

 ADVERTISEMENT

CONFIDENTIAL TREATMENT REQUESTED FSM0009118

SECLIT-000092731

increase in recoverable Bakken oil reserves. And, I don't see how it can possibly not ignite a repeat of the round one buying frenzy.

*I've got a brand new Bakken play that, to me, looks exactly like Kodiak Oil & Gas before that last USGS Report sent Kodiak soaring by a stunning 5,557%!*

For the maximum bang for your buck, when that updated, USGS Report hits the street, there's a still-little-known player that I think is perfectly poised to repeat the incredible surge generated by the STGS's 2008 Report.

## Like Investing In Little-Known Kodiak Before It Began Its 5,557% Tear!

If you're an energy investor, you may know that most of those early, first-to-the Bakken, super-hot energy stocks have understandably cooled as fat and happy early investors have taken $-billions in profits off the table.

While many of those already-profitable, Bakken-related stocks will undoubtedly get a huge boost from a new USGS Report, none is likely to give you a repeat of the kind of explosive profits seen in the early days of the Bakken Shale revolution.

- NORX just negotiated the mineral rights to 10,097 of prime Bakken acreage and *somehow managed to pay less than 4% of what some of the majors have paid per acre.*
- Best of all, you can still invest in NORX around than 60-cents a share. Investing in NORX now could be like turning back the calendar to the days when penny stocks of Bakken Jr.'s, like Kodiak Oil & Gas, were about to explode in value by as much as 5,557%!

## Norstra Energy Inc. (NORX) Could Be the Next 5,557% Winner!

Read on and you will discover the fascinating story of round 2 of the Bakken revolution...

- How this newly-launched explorer was able to snap up 10,097 acres of prime Bakken real estate at just $1,500 an acre when the majors have been paying as much as $40,000-plus...
- Why geologists are saying NORX has a 99% certainty its new wells will be productive and profitable...
- And why management is so certain it can complete a productive well at a cost of only about $6 million compared to the $200 million some of the majors have spent at other locations.

## An overlooked corner of the game-changing Bakken that could turn $10,000 invested now into $833,000!

Here's why I believe NORX could be the Bakken's next super-stock and why I'm urging you now to buy shares of NORX while you can still get then around 60-cents:

- NORX represents *a "whole new" Bakken* within the already developing oil fields of the vast Bakken shale that is just now attracting attention.
- NORX is a brand new, still-undiscovered exploration company, headed by a field geologist recognized as one of America's most experienced Bakken experts!

**INVESTOR ALERT**

**Company:**
**Norstra Energy, Inc.**
**OTCQB Symbol: NORX**
**Current Price: $0.60**
**First Target:**
**$2.50 ~ $3.00**
**Second Target: $25.00 ~ $27.50**

Norstra ENERGY

continued...



Norstra ENERGY

# It's an astonishing fact that 99% of all wells drilled to date in the Bakken have been successful!

## Sophisticated seismic data indicate this Southern River Bakken Prospect should be no different!

## Invest now in Norstra Energy (NORX) before the USGS Report unleashes a new stampede to buy Bakken drillers and this 60-cent stock soars to $5 on its way to $25!

The Bakken Shale truly is a game-changer. It has the potential for America to replace Saudi Arabia as having the world's largest oil reserve!

The Bakken is a leviathan and continuous accumulation of oil-rich marine shale that lies beneath

Alberta Basin Bakken
MONTANA

200,000 square miles of North Dakota and northwest Montana.

The Bakken is deposited in a shallow marine environment and consists of rich organic oil-generating shales (Upper and Lower Members) that surround a layer of silt and/or sand known as the Sappington (Middle Member). The porous, silty Middle Member acts as a reservoir and serves as conduit for the oil produced by horizontal drilling and multi-stage fracking.

Geologists have known about the Bakken since the 1950s, but it wasn't until the 90s, when Halliburton came up with its revolutionary technology for horizontal drilling and fracking, that all that oil became recoverable at a profit.

Five years ago, as the result of breakthrough advancements in horizontal drilling and fracking, the U.S. Geological Survey (USGS) issued a stunning report estimating the recoverable oil in the Bakken Shale formation was 25 times greater than it had originally reported in 1955.

According to its official 2008 survey, the USGS estimated that Bakken oil resources could have up to 4.3 billion barrels of recoverable oil compared to its 1955 estimate of just 151 million barrels. It was a true game-changer. It meant that suddenly the U.S. had a potential supply of oil four times as large as that held in Saudi Arabia's massive Ghawar region.

The increased estimate triggered an investor stampede (round 1) to buy stocks in the companies that were best positioned to cash in on the Bakken.

It was like shooting fish in a barrel. During

## The Bakken has turned the energy world upside down!

The United States is on track to produce more domestic crude oil than it imports from overseas sources by the end of the year, according to the U.S. Energy Information Administration's (EIA) March 2013 energy report. When it happens it will be the first time since February 1995 that domestic crude production has outstripped imports.

According to the report, increased shale oil production in Texas and North Dakota gets the credit for this shift, with some estimates suggesting that domestic sources will be out-producing imports by as much as two million barrels per day by the end of next year. What's more, monthly U.S. crude production could reach eight billion barrels per day in 2014, highs not seen since 1988.

Independent Statistics & Analysis
eia
U.S. Energy Information Administration

 ADVERTISEMENT

CONFIDENTIAL TREATMENT REQUESTED FSM0009120

SECLIT-000092733

round 1 of the Bakken rush, investors who got in early cleaned up with profits of:

- 473% gain on Marathon Oil
- 538% gain on Continental Resources
- 560% gain on Statoil ASA
- 766% gain on Whiting Petroleum
- 672% gain on Hess
- 1,611% gain on EOG Resources
- 5,557% gain on Kodiak Oil & Gas

*Now the agency is putting the final touches on a brand new, two-year study of the Bakken which many industry geologists believe will increase the 2008 estimates of recoverable oil five-fold.*

As then Secretary of the Interior Ken Salazar said back in 2010, when he initiated the new USGS survey, " With ever-advancing production technologies, this could mean more oil could potentially be recovered in the formation,"

Now, I'm talking about *a brand-new Bakken player*, headed-up by a seasoned, proven-successful geologist who's got enough skin in this game to assure me this is going to be a breathtaking success.

I'm talking about Norstra Energy Corp. (NORX) and Glen Landry, the 30-year veteran geologist who I suspect has way more hands-on, field-related experience than any president of any of the majors!

## Here's the geology that makes Norstra Energy a screaming buy:

Norstra Energy (NORX) has a farm-out

## The Bakken has turned the energy world upside down!

The United States is on track to produce more domestic crude oil than it imports from overseas sources by the end of the year, according to the U.S. Energy Information Administration's (EIA March 2013 energy report). When it happens it will be the first time since February 1995 that domestic crude production has outstripped imports.

According to the report, increased shale oil production in Texas and North Dakota gets the credit for this shift, with some estimates suggesting that domestic sources will be out-producing importsby as much as two million barrels per day by the end of next year. What's more, monthly U.S. crude production could reach eight billion barrels per day in 2014, highs not seen since 1988.

continued...

CONFIDENTIAL TREATMENT REQUESTED FSM0009121

SECLIT-000092734



agreement with Summit West Oil, LLC. for the South Sun River Bakken Prospect which consists of 10,097 acres of prime Bakken acreage with almost 10 years left on most of the leases.

The company's South Sun River Bakken Prospect is what geologists call an over-pressured Bakken shale resource play in Lewis & Clark County, Montana, in the developed Bakken Fairway that extends southwards from Alberta, Canada into northwest Montana.

## Norstra practically stole the acreage!

While the Bakken-hungry majors have paid as much as $40,000 for an acre of prime leases, Norstra Energy has been able to snap up these 10,097 acres at a mind-boggling, bargain cost of just $1,500 per acre. They pulled it off thanks to geologist and NORX president, Glen Landry who dug deep into existing seismic records and used his 30 years of field experience and first-hand knowledge of the south Bakken Fairway to identify an overlooked prospect with exactly the ideal geological profile.

## Success is a 99.6% certainty!

The Williston Basin and the New Alberta Fairway are two principal areas of Bakken activity. The success rate of Bakken oil wells drilled is 99.6%.

Historical seismic, exploration and drilling records, some of which Mr. Landry was personally involved in, have been reviewed by the company. The historical work was focused exclusively on deeper oil formations as the Bakken was not a commercially accessible oil formation at the time due to horizontal drilling and fracking technologies not being available.

The technological revolution in the oil service

## Newer Technology: Lower Costs, More Efficiency for Norstra Energy

With an excellent location in the Alberta Fairway, Norstra Energy is planning to spud its first well in the Alberta Fairway with a 10-12 stage frack with a proposed budget of **$5,000,000. After review of the seismic lines, the first drill location is planned to be approximately around 1 mile away from the Shell Krone well, making drilling easier and costs lower.** A typical new well today in the Williston Basin costs $7,100,000 to produce on average, and requires a depth of 8000' or more to reach the Bakken. Near the Shell Krone well, the first drill location will hit Bakken at only 8000-8,500'.

| Year | Number of Frack | Cost with Fracking | Recoverable Oil | Barrels Oil/ Day | Cost per Barrel |
|---|---|---|---|---|---|
| 2006 | 1 | $3,500,000 | 127,000 | 100-200 | $34.45 |
| 2007 | 7 | $4,000,000 | 236,000 | 1,000 | $21.19 |
| 2008 | 12 | $4,400,000 | 411,000 | 1,500 | $13.38 |
| 2009 | 20 | $6,100,000 | 700,000 | 3,000 + | $15.25 |
| 2010 | 28-32 | $6,300,000 | 1,000,000 | 5,000 + | $11.15 |
| 2011 | 40 | $7,100,000 | 1,500,000 | 7,019 + | $8.00 |

 ADVERTISEMENT

CONFIDENTIAL TREATMENT REQUESTED FSM0009122

SECLIT-000092735

industry has changed this. The sizable data provided through this existing historical logging and seismic work that covered the Bakken potential is now proving invaluable and during the last five years,

## With a buyout, $10,000 invested now while you can still get NORX at around 60-cents, could explode to as much as $833,000! $5M per well cost is less than half that of others!

With an excellent location in the Alberta Fairway, Norstra Energy will produce its first well in Alberta Fairway with over 40 fracks for only $5 million, less than half that of Kodiak Energy's per-well cost.

Though the Williston Basin is the more established of the two prolific Bakken areas, the New Bakken Fairway is expanding rapidly in northwest Montana.

The cost of entry is significantly **more expensive in the Williston Basin with lease acreage selling in excess of $8,000/acre.** Drilling costs in the Williston Basin are also extremely high as wells are deeper than 11,000', and cost between $2-5 million. Operating costs are also higher because of lack of refineries, pipeline infrastructure, long trucking distances to refineries, due to lack of skilled manpower and housing shortages.

The New Alberta Fairway in northwestern Montana, where Norstra's 10,097 acre prospect is located, is similar to the Bakken in the Williston Basin, but offers several major advantages.

It's cheaper to develop in comparison to

surrounding areas. Lease acquisition cost is more moderate than the $8,000/acre in the Williston Basin and drilling cost is 1/3 of the Williston Basin because the Montana Bakken occurs at a shallower depth, between 4,000'-10,000' compared to 11,000'.

The Bakken Fairway is also adjacent to the Rocky Mountain Thrust Belt which helps create the perfect thermal environment for maximum oil producton. The respected Canadian analyst, Wood Mackenzie, estimates that the New Alberta Fairway has at least an additional 37 billion BO in-place, between 12.5-15.3 million barrels of oil per square mile, and refineries are nearby.

Warren Buffett recently invested 26.5 billion to get in on the Bakken. Billionaire Bill Ackerman, founder of Pershing Square hedge fund, made a multi-billion-dollar Bakken investment of his own. Billion-dollar hedge funds like Citadel Investment Group and Moore Global Investments are upping their exposure to the Bakken as well.

## Norstra Energy's 10,097 acres could hold as much a 8.5 billion barrels of original oil in place.

Initial production from a recently drilled Bakken well has exceeded 7,000 BOPD (barrels of oil per day), and production of 5,000 BOPD is not unusual in Bakken using horizontal drilling and fracking techniques.

*continued...*

CONFIDENTIAL TREATMENT REQUESTED FSM0009123

SECLIT-000092736



Currently, there is intense leasing activity in the area as many major companies are rapidly acquiring lease positions. Majors like Newfield Energy, Anschutz, Rosetta Resources and at least a dozen other companies have been extremely active in the area.

- Newfield Exploration Company obtained 10,500 BOPD in November 2012 from 100,000 acres in North Dakota.
- ExxonMobil (XOM) owns 600,000 acres in North Dakota and Montana, which produced 33,000 BOPD in 2012.
- On November 3rd, 2011, a new production record was set for a Bakken well when Whiting Petroleum posted an IP of 7,009 BO in a 24 hour period.
- Other operators in the Bakken include Hess (HES) and Marathon Oil (MRO) which would be likely candidates to add to their acreage position as drilling in Montana commences.

The Bakken Fairway is adjacent to the Rocky Mountain Thrust Belt, which creates a thermal environment for maximum oil production. 37 billion barrels of oil are estimated in the Bakken Fairway.

Potential oil production is estimated throughout the literature and publications at 10-15 MMBO per square mile in areas where the Bakken is thermally mature and where the critical middle Sappington Member is between 20'-30' thick.

## Seismic Data Confirm, An Overlooked, but Oil-Rich Corner of the Bakken!

The Bakken Formation can be over 100' thick, and has 3 members. The Upper and Lower Members are the oil rich shale, and the Middle Member is a sand/silt section typically between 10-30' thick.

The Middle Member is known as the "Sappington" New horizontal drilling techniques combined with high pressure "fracking" are responsible for the massive oil production now being seen in the Bakken Estimates for oil recovery in the Bakken are between 12.5-15.3 million BO per square mile.

Bakken hydraulic fracturing oil wells have an expected productive life of 35-40 years, and it's expected the drilling phase of the Bakken will last until 2030, and production will last until 2070.

**ERIC DANY'S STOCK PROSPECTOR IMPORTANT NOTICE AND DISCLAIMER:** This is a paid advertisement by Eric Dany and/or Eric Dany's Stock Prospector (collectively, "EDSP"). EDSP has received $20,000 from Full Service Media, LLC in compensation for this advertisement to enhance public awareness of Norstra Energy, Inc. (hereafter "NORX"). EDSP also expects to receive new subscriber revenue, the amount which is unknown at this time, as a result of this advertising effort. EDSP does not perform any due diligence on the stocks and companies discussed herein. Full Service Media, LLC has used outside research and writers using public information to create this advertisement. EDSP relies on generally available public information and representations made by NORX. EDSP does not purport to provide an analysis of any company's financial position, operations, or prospects and this is not to be construed as a recommendation by EDSP, or an offer to sell or solicitation to buy or sell any security. NORX, the company featured in this issue, appears as paid advertising. Although the information contained in this advertisement is believed to be reliable, EDSP makes no warranties as to the accuracy of any of the content herein and accepts no liability for how readers may choose to utilize it. Readers should perform their own due-diligence before investing in any security including consulting with a qualified investment advisor or analyst. Readers should independently verify all statements made in this advertisement and perform extensive due-diligence on this or any other advertised company. Eric Dany and EDSP nor any of their principals, officers, directors, partners, agents, or affiliates are not, nor do we represent ourselves to be, registered investment advisors, brokers, or dealers in securities. EDSP is not offering securities for sale. An offer to buy or sell can be made only with accompanying disclosure documents and only in the states and provinces for which they are approved. EDSP does not offer or sell securities. More information can be received from NORX's website at www.norstraenergy.com. Further, specific financial information, filings and disclosures as well as general investor information about publicly listed companies and other investor resources can be found at the Securities and Exchange Commission website at www.sec.gov and www.nasd.com. Any investment should be made only after consulting with a qualified investment advisor and only after reviewing the financial statements and other pertinent corporate information about the company. Many states have established rules requiring the approval of a security by a state security administrator. Check with www.nasaa.org or call your state security administrator to determine whether a particular security is licensed for sale in your state. This advertisement is not intended for readers in any jurisdiction where not permissible under local regulations and investors in those jurisdictions should disregard it. Investing in securities is highly speculative and carries a great deal of risk, which may result in investors losing all of their invested capital. Past performance does not guarantee future results. The information contained herein contains forward-looking statements and information within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, including statements regarding expected continual growth of the featured company. Forward-looking statements are based upon expectations, estimates and projections at the time the statements are made and involve risks and uncertainties that could cause actual events to differ materially from those anticipated. Forward-looking statements may be identified through the use of words such as expects, will, anticipates, estimates, believes, or by statements indicating certain actions may, could, should, or might occur. Any statements that express or involve predictions, expectations, beliefs, plans, projections, objectives, goals or future events or performance may be forward-looking statements. In accordance with the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, the publisher notes that statements contained herein that look forward in time, which include other than historical information, involve risks and uncertainties that may affect the company's actual results of operations. Factors that could cause actual results to differ include, but are not limited to, the size and growth of the market for the company's products and services, regulatory approvals, the company's ability to fund its capital requirements in the near term and the long term, pricing pressures and other risks detailed in the company's reports filed with the Securities and Exchange Commission. Eric Dany's Stock Prospector is a trademark of Eric Dany. All other trademarks used in this publication are the property of their respective trademark holders. EDSP is not affiliated, connected, or associated with, and are not sponsored, approved, or originated by, the trademark holders unless otherwise stated. No claim is made by EDSP to any rights in any third-party trademarks.



## Here's why $10,000 invested in NORX now could grow to $833,000!

Geological estimates for the area of Norstra's 10,097 acres are for 13,000,000 barrels of original oil in place for each 640-acres, four-well drilling site.

When you do the numbers, using net revenue interest of just 80%...

At a reasonable 30% recovery rate, that yields 3,900,000 barrels per 640 acres site...

Four wells per 640 acre site @ $5M each = $20 million. Figuring oil selling at $90 a barrel and operating expenses per four-well site of $2,500 and a well life of 10 years...

So, that works out to $280,000,000 net revenue less expenses of $20,300,000 = profit of 259,700,000 for an investment of just $20,300,000.

Or, extrapolating...an investment of just $10,000 would yield $137,931.

That's why near-term, I expect this stock, NORX, to jump quickly from its current ridiculous 60-cents a share to the $5.00 range and then in the next 18-24 months, to begin a steady climb that will eventually take it to about $25 or more a share!

## Smack in the middle of the Bakken's newly recognized sweet spot!

The South Sun River Bakken Prospect opportunity is located in a prime area of the Alberta Bakken Fairway

where the western edge of the Bakken Fairway plunges into contact with the tectonically heated Thrust Zone and the resulting thermal maturity of the Bakken offers the highest potential for oil production.

**Peak oil generation is reached near or within the footwall of the overthrust belt where Ro is closer to 1.0% and migration into Mississippian traps occurred over a 40-50 m lateral distance.**

Specifically, the Norstra Energy prospect lies within the key oil producing zone where thermal maturity (Ro) is between 0.7% and 1.5%. Oil production begins when Ro is above 0.65% and slows when Ro is over 1.3%.

The Total Oil Content (T.O.C.) readings in the prospect area are high as well, reading between

*continued...*

**Third Party Advertiser/Advertising Agency IMPORTANT NOTICE AND DISCLAIMER:** Arista Theme, Ltd., the third party advertiser, has paid $3,640,840 USD to Full Service Media, LLC (FSM) as of June 7, 2013 for this and other advertising efforts in an effort to build investor awareness. FSM shall retain any amounts over and above the cost of creating and distributing this email advertisement which advertises Eric Dany's Stock Prospector Newsletter coverage of Norstra Energy, Inc. Advertising services include; production, outsourced advertising copywriting services, mailing and other related distribution services and advertising media placement costs. Arista Theme Ltd., the third party advertiser, is a company based in Tortola, BVI. Arista Theme Ltd., the third party advertiser, has represented to FSM in writing that it is not a current shareholder of Norstra Energy, Inc. and that neither it nor its affiliates will buy or sell any shares of Norstra Energy, Inc. during the period that this advertisement is being disseminated by FSM third party media vendors. This is sponsored advertising and does not purport to provide an analysis of the featured company's financial position, operations or prospects and is not to be construed as a recommendation or solicitation by FSM to buy or sell any security. FSM is a firm which refers and facilitates the services of third-party vendors and advertising related service providers to persons wishing to sponsor advertising featuring publicly-traded companies. FSM is not a financial analyst, investment advisor or broker/dealer. The services provided by FSM in connection with this advertisement are limited to the introduction of third party advertiser to copywriter services and paid endorser, the renting of distribution list(s), and managing the production and distribution of this advertisement. FSM is not responsible for the endorsement of this advertisement, which is the sole responsibility of Eric Dany's Stock Prospector Newsletter. Eric Dany's Stock Prospector Newsletter expects to generate new subscriber revenue as a result of this advertising effort. Neither FSM nor its members have an ownership interest in Eric Dany's Stock Prospector Newsletter or any of its affiliates, and neither Eric Dany's Stock Prospector Newsletter nor its affiliates have an equity interest in FSM. Neither FSM nor its members will trade in the securities of Norstra Energy, Inc. FSM makes no warranties as to the accuracy of the content of this advertisement and expressly disclaims and assumes no liability for how readers may choose to utilize the content of this advertisement. Readers are strongly urged to independently verify all statements made in this advertisement and to perform their own due diligence on this or any other advertised company, including but not limited to consulting with a qualified investment professional and reviewing the publicly available financial statements of, and other information about Norstra Energy, Inc. You should also determine that an investment in Norstra Energy, Inc. company is appropriate and suitable for you. Norstra Energy, Inc. is traded on the OTCQB (trading symbol: NORX). Its stock is registered under the Securities Act of 1933, as amended, and its periodic and other reports filed under the Securities Exchange Act of 1934, as amended, are publicly available from the Securities and Exchange Commission at its website at http://www.sec.gov. This website also contains general investor information about publicly-traded companies, advice to investors and other investor resources. Other investor resources are available from the Financial Industry Regulatory Authority through its website at http://www.finra.org. Many states have established rules requiring approval by the state securities administrator to permit sales of a security to its residents. Check with the North American Securities Administrators Association through its website at http://www.nasaa.org or call your state securities administrator to determine whether a particular security may be purchased by you as a resident of your state. Many companies have filed information with state securities regulators and many companies will supply prospective investors with additional information upon request. Investing in securities is highly speculative and carries a great deal of risk, especially as to newer companies with comparatively short operating histories and limited earnings. This advertisement contains forward-looking statements regarding Norstra Energy, Inc. its business and prospects. Such forward-looking statements are within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are intended to be covered by the safe harbor provisions created by these laws. This advertisement may provide the addresses of or contain hyperlinks to outside or third party websites. FSM has not reviewed any such websites and takes no responsibility for the contents thereof or any possible effects resulting from accessing any such websites. The contents of any such websites do not in any way constitute a part of this advertisement. Accessing such websites or following any link shall be at your own risk.\S

7% and 14%, and water content of the Bakken in the area is low.

There are excellent resistivity readings in the Upper and Lower Bakken members in key wells in the prospect area. **The wells show excellent sections of the Bakken with resistivity readings over 400 ohms, well in excess of the minimum 35 ohms needed for possible oil production.** The Middle Member of the Bakken, known as the Sappington Silt, is also well developed, with adequate porosity (3-15%) and permeability (1-20 md) for oil production.

Below, for comparison, are several wells in Norstra's prospect area and their Bakken section thickness and corresponding resistivity readings:

| | | | |
|---|---|---|---|
| Sec.22 T17N-R6W | ARCO/Steinbach # 1 | Bakken: 76' | Ohms: >2,000 |
| Sec.32 T18N-R5W | Shell/Krone 31-32 | Bakken: 70' | Ohms: 400 |
| Sec.3-T14N-R6W | Suncor/Flesher 14603 | Bakken: 52' | Ohms: 100-300 |
| Sec.9-T19N-R8W | Sun Exploration/JB Long #1-9 | | Ohms: >200 |

## Round 2 of astonishing Bakken profits will benefit from technological advances that have slashed the cost per barrel by more than 67%!

The Bakken is what geologists call an over-pressurized system. The high pressure in the Bakken means the oil is contained within the source rock itself. This means the oil remains in place and is tightly contained throughout the geologic structure.

The technology gets more and more cost effective.

The formation's high pressure — coupled with advances in technology — make each well drilled in the Bakken capable of producing 600,000 and 700,000 barrels of oil over the course of its life.

Bakken production took off in 2008 and was producing around 150,000 barrels per day.

As you read this, North Dakota is pumping 768,000 barrels per day and has over 3,000 wells working.

Thanks to advances in horizontal drilling and fracking, oil production has increased 412% in just four years. If that's not a boom, I don't know what is.

## The Bakken Is The Future and Norstra (NORX) Is Now Your Best Bakken Opportunity:

Despite all the wrangling coming out of Washington, there can be no doubt that over the coming years, the U.S. will become energy independent.

In fact, within the next 8 years, I believe the good old US of A will become the world's number one oil producing country.

Inside of 10 years, we could too be 100% energy independent, without the help of alternate or synthetic fuels!

According to the U.S. Energy Information Administration, (EIA) and thanks mostly to the Bakken, U.S. crude oil production is expected to rise by 815,000 barrels per day in 2013.

That's the largest increase in annual output since the US started producing crude oil commercially in 1859, and it would bring this year's total output to 7.25 million barrels per day.

Back in September, 2012, oil production from the Williston Basin topped 800,000 barrels per day for the first time (granted, 90% of that oil came from North Dakota's portion of the Bakken Formation, but it's a record nonetheless).

So, mark my words: The Bakken is happening. And it's happening in spite of Obama's policies — not because of them.

What's really shocking, however, is that most investors are totally clueless about this jaw-dropping change that's at our doorstep.

 

ADVERTISEMENT

CONFIDENTIAL TREATMENT REQUESTED FSM0009126

SECLIT-000092739

It's not something you're likely to read too much about in many of the mainstream news sources. In fact, a lot of the stories, commentary, and technological breakthroughs responsible for thrusting America onto the global energy landscape have largely gone unnoticed. Which is yet another reason I'm so keen on NORX.

As Norstra's president, Glen Landry said in a recent press release:

*"This is a fantastic opportunity for Norstra and its shareholders. I believe that this area of Montana could become the next Williston basin in time and we're well positioned to be a player in the area".*

*"My 30 years of experience in this region have convinced me that northwest Montana holds a significant amount of oil and I am looking forward to leading Norstra and its shareholders towards profitability through exploration and production."*

Mr. Landry is a seasoned, third generation geologist from the University of Montana. His grandfather was involved in the development of the famous Kevin Sunburst Oil Field in Montana, and the family has been active in the oil industry ever since.

Mr. Landry received a geology degree from the University of Montana over 30 years ago, and his main exploration and development focus has been Montana and North Dakota.

During the 1980's, he consulted for Occidental Petroleum, which, amongst other oil companies, was very active in exploring and shooting seismic throughout northwestern Montana. These efforts were focused on finding crude oil in deep formations, but were not economically feasible at the time, but now represent a viable source of untraditional oil through fracking and other modern extraction techniques.

*continued...*

### The Majors Are Already In The Bakken

In late December, 2011, there are over 200 drilling rigs operating in the Williston Basin and the New Alberta Fairway, and 8 drilling permits per day being issued on average. In the last quarter of 2010, there was an estimated $3 Billion invested in Bakken drilling, leasing and production facilities. The principal companies involved are listed below:

| | |
|---|---|
| Marathon Oil | Northern Oil & Gas |
| Exxon Mobil | Brigham Exploration |
| Occidental Petroleum | Continental Resources |
| Hess | Denbury Resources |
| EOG Resources | Kodiak Oil & Gas |
| Petrobakken | Enbridge Energy |
| Whiting Petroleum | Kinder Morgan |
| Oasis Petroleum | MDU Resources |
| Newfield Energy | QEP Resources |
| Primary Petroleum | Samson Oil & Gas |

### Eight Strong Reasons to Load Up on NORX Now While You Can Still Get It at Around 60-cents a Share:

1. **LOCATION** – The position of the Prospect in the regional maturity of the Bakken is excellent.
2. **COSTS** – Acquisition costs were a fraction of what some majors have paid for similar prospects and development costs will also be less due to the shallower wells and the availability of existing infrastructure
3. **DATA** – Nearby resistivity or confirmed presence of oil is excellent. The Shell Krone well and the ARCO Steinbach confirm this.
4. **THE RIGHT KIND OF PROJECT** – The Bakken is a sealed resource project, considering high resistivity in the nearby Krone and Steinbach wells. A flushed reservoir is commonly less than 35 ohms of resistivity on the logs.
5. **99.6% CHANCE OF SUCCESS** – with the initial well is excellent. With review of the seismic line the company will locate the first drill location on the same block that has the Krone well. State mapping has already done this. All blocks are likely commercial.
6. **A DONE DEAL** – superb lease position of 10,097.99 mineral acres.
7. **ADJACENT PROJECTS** – Oil in Place (OOIP) of 13 MMBO per 640 acres.
8. **LEADERSHIP** – Glen Landry, President and CEO has 30 years of field experience in the area and CFO Dallas Kerkenezov has the business and financial experience needed to guarantee success.



Under Mr. Landry's leadership, the company is in the process of evaluating additional lands in northwestern Montana with an aim toward acquiring a sizeable land position for exploration in the Bakken formation.

As I said before, my name is Eric Dany and I'm hoping I have convinced you to accept a no-risk trial to my investment letter, *Eric Dany's Stock Prospector.*

**INVESTOR ALERT**

Company: Norstra Energy, Inc.
OTCQB Symbol: NORX
Current Price: $0.60
First Target: $2.50 ~ $3.00
Second Target: $25.00 ~ $27.50

Norstra ENERGY

help you reach your financial goals and if you take advantage of this special offer today, you will receive our Successful Investor Kit, which includes our current Special Reports and information on getting started with the Stock Prospector's strategy.

As a subscriber you'll also receive FREE additional bonus reports when they are issued.

These reports are issued from time-to- time during the year when under-valued opportunities are uncovered.

Our current special reports are: *For Now and Later…Two Growth and Income Buys* and *Two Tempting Natural Resources Stocks.*

With your subscription you will also receive the valuable Prospector's *Annual Winning Stocks* Report. This report profiles the Prospector's Best Picks for the coming year.

To get you going we're giving you a GREAT DEAL with SAVINGS of $50. You can receive my investment recommendations each month for an entire year to greatly improve your chances of success.

Plus you will receive two annual *Winning Stocks Reports* (Value $29 each) And there's no reason to fear when signing up for a full year! Because…

## Are you ready to open the door when opportunity comes knocking?

A subscription to the Stock Prospector can help you reach your financial goals and if you take advantage of this special offer today, you will receive our Successful Investor Kit, which includes our current Special Reports and information on getting started with the Stock Prospector's strategy.

As a subscriber you'll also receive free additional bonus reports when they are issued. These reports are issued from time-to-time during the year when under-valued opportunities are uncovered.

Our current special reports *Now and Later—Two Growth and Opportunity Buys* and *Two Tempting Natural Resource Stocks.* The market is embracing dividend paying stocks and in our Now and Later report you'll learn about two dividend paying stocks with a lot of growth potential. Natural Resources are currently out of favor in the market, but these two picks could do well in virtually any market. You'll receive these reports FREE with your subscription.

## Don't pass up this chance to buy in early on the company that could be sitting on 8.5 Billion Barrels of Oil!

I encourage you to invest now in Norstra Energy. And I also hope you'll want to accept a no-risk trial subscription to my monthly newsletter, *Eric Dany's Stock Prospector* to keep up with my next great finds.

A subscription to the *Stock Prospector* could

## Your Satisfaction Is Guaranteed by the Prospector Promise!

We guarantee your satisfaction with the Stock Prospector. If you are ever dissatisfied, you may cancel at any time and receive a full refund on the unused portion of your subscription. Whatever you decide, all issues and Special Reports received are yours to keep, with no further cost or commitment of any kind. That's the "Prospector's Promise!" Don't delay! To subscribe risk-free to the *Stock Prospector* and to receive your FREE Special Reports. *Mail the form in right today!*

# PROSPECTOR NEWSLETTERS

*SPECIAL NEW SUBSCRIBER SAVINGS*

✓ **Yes Eric,** I want to profit from your **Norstra Energy** pick, and I also want to know what other undervalued, undiscovered stocks you're going to uncover in the months ahead. I want to receive the monthly Prospector newsletter(s) and special reports. Please sign me up for the special savings offer I've selected below.* I also understand I'm fully protected by The Prospector's Promise.

*Please note: This special pricing is available only to new subscribers and can be used only once every two years.

**[ ] Stock Prospector & Mutual Fund Prospector — $129**

***BUY ONE, GET ONE FREE—Regular price $258.***

One year (12 issues each) Plus **SIX** Special Reports:

- Winning Stocks for 2013 and 2014
- For Now and Later... Two Growth and Income Buys
- Two Tempting Natural Resource Stocks
- Don't Buy, Hold, and Hope
- Four Medical Technology Funds for the Future

**[ ] Stock Prospector, 2 Years — $129**

***Save $50!—Regular price $179.***

One year (12 issues each) Plus **FOUR** Special Reports:

- Winning Stocks for 2013 and 2014
- For Now and Later... Two Growth and Income Buys
- Two Tempting Natural Resource Stocks

**[ ] Stock Prospector, 1 Year — $79**

***Save $50!—Regular price $129.***

One year (12 issues each) Plus **THREE** Special Reports:

- Winning Stocks for 2013 and 2014
- For Now and Later... Two Growth and Income Buys

**[ ] Mutual Fund Prospector, 1 Year — $129**

***Save $50!—Regular price $79.***

One year (12 issues each) Plus **TWO** Special Reports:

- Don't Buy, Hold, and Hope
- Four Medical Technology Funds for the Future

Please make any necessary changes on the address label on reverse.

Complete and mail this page to the address below. All prices are in US dollars.

**Please select your DELIVERY method:**

[ ] U.S. Mail [ ] Email [ ] U.S. Mail & Email *(no extra charge)*

**Please select your PAYMENT method:**

[ ] Enclosed is my check/money order payable to Prospector Newsletters for $______ (USD).

Charge my: [ ] Visa [ ] MasterCard [ ] AMEX [ ] Discover

Name on Card ____________________

Address ____________________

City ____________________

State ZIP ____________________

Card No. ____________________

Expiration Date ___/___ Signature ____________________

Daytime Phone *(only in case of a problem with your order)* ____________________

Email Address ____________________

**THE PROSPECTOR'S PROMISE**

If, for any reason, you are not satisfied that the *Stock Prospector* is helping you grow wealthier or delivering ultra-profitable stocks to you, then let me know and I will refund every penny you paid for any unused portion of your subscription— no questions asked. The bonus reports and any newsletters you received are yours to keep. It's my way of saying "thank you for giving me a fair try."

***You have nothing to lose and everything to gain!***

**Mail to:**
**Prospector Newsletters**
**P.O. Box 1081, Moline IL 61266**
**Fax your order: 309-736-9385**

**Or for fastest service, call now toll-free:**

**866-541-5299**

Prospector Newsletters
P.O. Box 1081
Moline, IL 61266

PRESORTED
STANDARD
U.S. POSTAGE
PAID
PERMIT #288
ANAHEIM, CA

*******AUTO**SCH 5-DIGIT 33418
Bill Kaltz
5701 Sea Biscuit Rd.
Palm Beach Gardens, FL 33418-7816

## 6 Convincing Reasons to Load Up on NORX Now While You Can Still Get It at Around 60-cents a Share:

1. **THE BAKKEN** – is the vast shale oil deposit that's recently become a recoverable resource due to breakthrough technologies in horizontal drilling and fracking.
2. **LOCATION** – Norstra Energy has 10,097 acres smack in the center of a newly explored but little developed corner of the Bakken. Nearby resistivity or confirmed presence of oil is excellent. The Shell Krone Well and the ARCO Steinbach confirm this.
3. **8.5 BILLION BARRELS POSSIBLE** – Adjacent projects indicate as much as 13 million barrels of original oil in place for every 640 acres.
4. **SUCCESS RATE** – 99% of all new wells drilled in the Bakken are profitable.
5. **LOW COSTS** – Acquisition costs were a fraction of what some majors have paid for similar prospects. Development costs will also be less due to the shallower wells and the availability of existing infrastructure.
6. **LEADERSHIP** – Norstra's President and CEO has 30 years of field experience in the area and the company CEO has the business and financial experience needed to guarantee success.

**Buy shares of NORX now while you can still get them around 60-cents and you could turn $10,000 into $833,000 in the not too distant future!**

**NORX Could Be My Biggest Winner Of All Time!**

CONFIDENTIAL TREATMENT REQUESTED

FSM0009130

SECLIT-000092743