Exhibit 14



### Eric Dany's
# Stock Prospector
*Spring 2013*

# Brand New, Soon-To-Be-Released, USGS Survey Could Signal Round 2 Of The Bakken Profit Fest!

### Invest now in Norstra Energy (NORX) before the USGS Report unleashes a new stampede to buy Bakken drillers and this 50-cent stock soars to $5 on its way to $25!



Long Forecast $25.00

Short Term $5.00

Current price around $1.00

## Norstra Energy Corporation
## OTCBB: NORX

CONFIDENTIAL TREATMENT REQUESTED

EXHIBIT 16
WITNESS Weintz
CONSISTING OF 14 PAGES
DATE 2-23-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

PLTF.
DEFT. FSM0010345

SECLIT-000096461

The Bakken Shale truly is a game-changer. It has the potential for America to replace Saudi Arabia as having the world's largest oil reserve!

The Bakken is a leviathan and continuous accumulation of oil-rich marine shale that lies beneath 200,000 square miles of North Dakota and northwest Montana.



Geologists have known about the Bakken since the 1950s, but it wasn't until the 90s, when Halliburton came up with its revolutionary technology for horizontal drilling and fracking, that all that oil became recoverable at a profit.

Five years ago, as the result of breakthrough advancements in horizontal drilling and fracking, the U.S. Geological Survey (USGS) issued a stunning report estimating the recoverable oil in the Bakken Shale formation was 25 times greater than it had originally reported in 1955.

According to its official 2008 survey, the USGS estimated that Bakken oil resources could have up to 4.3 billion barrels of recoverable oil compared to its 1955 estimate of just 151 million barrels. It was a true game-changer. It meant that suddenly the U.S. had a potential supply of oil four times as large as that held in Saudi Arabia's massive Ghawar region.

**The increased estimate triggered an investor stampede (round 1) to buy stocks in the companies that were best positioned to cash in on the Bakken.**

It was like shooting fish in a barrel. During round 1 of the Bakken rush, early investors in cleaned up with profits of:

- 473 % gain - Marathon Oil
- 538 % gain - Continental Resources
- 560 % gain - Statoil ASA
- 766 % gain - Whiting Petroleum
- 672 % gain - Hess
- 1,611 % gain - EOG Resources

CONFIDENTIAL TREATMENT REQUESTED

FSM0010346

SECLIT-000096462

• 5,337 % gain - Kodiak Oil & Gas

Now the agency is putting the final touches on a brand new, two-year study of the Bakken which many industry geologists believe will increase the 2008 estimates of recoverable oil <u>five-fold</u>.

As then Secretary of the Interior Ken Salazar said back in 2010, when he initiated the <u>new USGS survey</u>,

> *"With ever-advancing production technologies, this could mean more oil could potentially be recovered in the formation."* — Ken Salazar, *United States Secretary of the Interior*

# Round 2
## of Bakken-mania could begin at any moment!

While the federal agency hasn't yet released any official findings, Brian Engel, spokesman for Continental Resources, the Bakken's largest leaseholder, says the company believes the field could have up to 24 billion barrels of technically recoverable oil (20 billion barrels of technologically recoverable oil and 4 billion oil equivalent from associated natural gas.)

That would certainly be another game-changer!

If you believe, as I do, that the blockbuster 2008 USGS Bakken survey ignited the phenomenal run-up in Bakken-related oil stocks, ask yourself...is it not about to happen again?

And if it is, what's the best way to take advantage of <u>round 2 of Bakken-mania</u> and to outperform the rest of the pack by 400% or more?

The answer is, you need to invest in the ONE serious Bakken play that has not already been inflated by round one of Bakken-mania.

I'm talking about a brand-new Bakken player, headed-up by a seasoned, proven-successful geologist who's got enough skin in this game to assure me this is going to be a breathtaking success.

I'm talking about Norstra Energy Corp. (**NORX**) and Glen Landry, the 40-year veteran geologist who I suspect has way more hands-on, field-related experience than any president of any of the majors!

CONFIDENTIAL TREATMENT REQUESTED

FSM0010347

SECLIT-000096463





**INVESTOR ALERT**

Company: **Norstra Energy Inc.**
OTCQB Symbol: **NORX**
Current Price: around **$1.00**
First Target: **$2.50 ~ $3.00**
Second Target: **$25 ~ $27.50**

**Recommendation**
**BUY NOW!**

## Here's the geology that makes Norstra Energy a screaming buy:

Norstra Energy (NORX) has a farm-out agreement with Summit West Oil, LLC. for the South Sun River Bakken Prospect which consists of 10,097 acres of prime Bakken acreage with almost 10 years left on most of the leases.

The company's South Sun River Bakken Prospect is what geologists call an over-pressured Bakken shale resource play in Lewis & Clark County, Montana, in the developed Bakken Fairway that extends southwards from Alberta, Canada into northwest Montana.

## Norstra practically stole the acreage!

While the Bakken-hungry majors have paid as much as $40,000 for an acre of prime leases, Norstra Energy has been able to snap up these 10,097 acres at a mind-boggling, bargain cost of just 1,500 per acre. They pulled it off thanks to geologist and NORX president, Glen Landry who dug deep into existing seismic records and used his years of field experience and first-hand knowledge of the south Bakken Fairway to identify an overlooked prospect with exactly the ideal geological profile.

## Success is a 99.6% certainty!

**The Williston Basin and the New Alberta Fairway are two principal areas of Bakken activity. The success rate of Bakken oil wells drilled is 99.6%.**

The Company's CEO, Mr. Glen Landry, is a seasoned, third generation geologist who has spent 30 years exploring for oil and gas with a focus in Montana and North Dakota since 1980.

Historical seismic, exploration and drilling records, some of which Mr. Landry was personally involved in, have been reviewed by the company. The historical work was focused exclusively on deeper oil formations as the Bakken was not a commercially accessible oil formation at the time due to horizontal drilling and fracking technologies not being available.

The technological revolution in the oil service industry has changed this. The sizable data provided through this existing historical logging and seismic work that covered the Bakken potential is now proving invaluable and during the last five years, Mr. Landry spent significant time evaluating the Bakken Oil Formation in Montana and North Dakota.

CONFIDENTIAL TREATMENT REQUESTED

FSM0010348

SECLIT-000096464

# $5M per well cost is less than half that of others!

With an excellent location in the Alberta Fairway, Norstra Energy will produce its first well in Alberta Fairway with over 40 fracks for only $5 million, less than half that of Kodiak Energy's per-well cost.



Projected Well Cost vs. Competitors: KOG $10.3M, OXY $8.0M, Average $7.1M, MVW $6.5M, Norstra $5.0M

Though the Williston Basin is the more established of the two prolific Bakken areas, the New Bakken Fairway is expanding rapidly in northwest Montana.

The cost of entry is significantly more expensive in the Williston Basin with lease acreage selling in excess of $8,000/acre. Drilling costs in the Williston Basin are also extremely high as wells are deeper than 11,000', and cost between $2-5 million. Operating costs are also higher because of lack of refineries, pipeline infrastructure, long trucking distances to refineries, due to lack of skilled manpower and housing shortages.

## Newer Technology: Lower Costs, More Efficiency for Norstra Energy

With an excellent location in the Alberta Fairway, Norstra Energy will produce its first well in Alberta Fairway with over 40 fracks for only $5,000,000.
After review of the seismic line, the first fracturing drill location will be on the same block that has the Shell Krone well, making drilling easier and costs lower. A typical new well today in the Williston Basin costs $7,100,000 to produce on average, and requires a depth of 6000' or more to reach the Bakken. Near the Shell Krone well, the first drill location will hit Bakken at only 6500'.

| Year | Number of Fracks | Cost of Fracking | Thousands of Oil | Bbls per Day | Cost per Bbl |
|---|---|---|---|---|---|
| 2006 | 3 | $3,500,000 | 127,000 | 100-200 | $34.45 |
| 2007 | 7 | $4,000,000 | 236,000 | 1,000 | $21.19 |
| 2008 | 12 | $6,400,000 | 411,000 | 1,500 | $13.38 |
| 2009 | 20 | $6,100,000 | 700,000 | 3,000+ | $15.25 |
| 2010 | 28-32 | $6,300,000 | 1,000,000 | 5,000+ | $11.15 |
| 2011 | 40 | $7,100,000 | 1,500,000 | 7,000+ | $8.90 |



Norstra Energy

The New Alberta Fairway in northwestern Montana, where Norstra's 10,097-acre prospect is located, is similar to the Bakken in the Williston Basin, but offers several major advantages.

The Bakken Fairway, where Norstra has its prospect, is cheaper to develop in comparison to surrounding areas. Lease acquisition cost is more moderate than the $8,000/acre in the Williston Basin and drilling cost is 1/3 of the Williston Basin because the Montana Bakken occurs at a

CONFIDENTIAL TREATMENT REQUESTED

FSM0010349

SECLIT-000096465

shallower depth, between 4,000-10,000' compared to 11,000'.

The Bakken Fairway is also adjacent to the Rocky Mountain Thrust Belt which helps create the perfect thermal environment for maximum oil producton. The respected Canadian analyst, Wood Mackenzie, estmates that the New Alberta Fairway has at least an additional 37 billion BO in place, between 12.5-15.3 million barrels of oil per square mile, and refineries are nearby.

> ***Warren Buffett*** *recently invested 26.5 billion in a Bakken oil play.*
>
> *Billionaire **Bill Ackerman**, founder of Pershing Square hedge fund made a multi-billion-dollar Bakken investment of his own.*
>
> *Billion-dollar hedge funds like citadel **Investment Group** and **Moore Global Investments** are upping their exposure to the Bakken as well.*

The Bakken is deposited in a shallow marine environment and consists of rich organic oil-generating shales (Upper and Lower Members) that surround a layer of silt and/or sand known as the Sappington (Middle Member). The porous, silty Middle Member acts as a reservoir and serves as conduit for the oil produced by horizontal drilling and multi-stage fracking.

## Norstra Energy's 10,097 acres could hold as much a 8.5 billion barrels of original oil in place.

Initial production from a recently drilled Bakken well has exceeded 7,000 BOPD (barrels of oil per day), and production of 5,000 BOPD is not unusual in Bakken using horizontal drilling and fracking techniques.

Currently, there is intense leasing activity in the area as many major companies are rapidly acquiring lease positions. Majors like Newfield Energy, Anschutz, Rosetta Resources and at least a dozen other companies have been extremely active in the area.

- **Newfield Exploration Company** obtained 10,500 BOPD in November 2012 from 100,000 acres in North Dakota.
- **ExxonMobil (XOM)** owns 600,000 acres in North Dakota and Montana, which produced 33,000 BOPD in 2012.
- On November 3rd, 2011, a new production record was set for a Bakken well when the Whiting Petroleum posted an IP of 7,009 BO in a 24 hour period.
- Other operators in the Bakken include **Hess (HES)** and **Marathon Oil (MRO)** which would be likely candidates to add to their acreage position as drilling in Montana commences.

The Bakken Fairway is adjacent to the Rocky Mountain Thrust Belt, which creates a thermal environment for maximum oil production. 37 billion barrels of oil are estimated in the Bakken Fairway.

Potential oil production is estimated throughout the literature and publications at 10-15 MMBO per square mile in areas where the Bakken is thermally mature and where the critical middle Sappington Member is between 20'-30' thick.

## Seismic Data Confirm, An Overlooked,

CONFIDENTIAL TREATMENT REQUESTED

FSM0010350

SECLIT-000096466

## but Oil-Rich Corner of the Bakken!

The Bakken Formation can be over 100' thick, and has 3 members. The Upper and Lower Members are the oil rich shale, and the Middle Member is a sand/silt section typically between 10-30' thick.

The Middle Member is known as the "Sappington". New horizontal drilling techniques combined with high pressure "fracking" are responsible for the massive oil production now being seen in the Bakken. Estimates for oil recovery in the Bakken are between 12.5-15.3 million BO per square mile.

Bakken hydraulic fracturing oil wells have an expected productive life of 35-40 years, and it's expected the drilling phase of the Bakken will last until 2030, and production will last until 2070.

## Here's $10,000 invested in NORX now could grow to $137,900!

Geological estimates for the area of Norstra's 10,097 acres are for 13,000,000 barrels of original oil in place for each 640-acres, four-well drilling site.

When you do the numbers, using net revenue interest of just 80%...



WELLS PENETRATING THE BAKKEN IN THE SOUTH SUN RIVER BAKKEN PROSPECT AREA

- Phillips: Yeager # 1 — Bakken @ 5,038' — Resistivity: 50 ohms
- Occidental: Hodgekiss # 13-1 — Bakken @ 5,128' — Resistivity: 50 ohms
- Montana Power: State # 8 — Bakken @ 7,652' — Resistivity: 25 ohms
- Sun Expl.: IB Long # 1-9 — Bakken @ 10,897' — Resistivity: >200 ohms
- Shell: KRONE # 31-32 — Bakken @ 6,896' — Resistivity: 400 ohms
- ARCO: STEINBACH # 1 — Bakken @ 10,124' — Resistivity: >2,000
- SUN CO's Flesher Pass # 14603 — Bakken @ 15,550'

THE SOUTH SUN RIVER BAKKEN PROSPECT AREA WITH KEY REFERENCE WELLS



Conventional vs Continuous Resources — Continuous Shale Accumulations

REQUIREMENT: the shale is now, or was at sometime in its history, within the oil or gas generation window

CONFIDENTIAL TREATMENT REQUESTED

FSM0010351

SECLIT-000096467

## INVESTOR ALERT!

**Company:** Norstra Energy Inc.
**OTCQB Symbol:** NORX
**Current Price:** around $1.00
**First Target:** $2.50 ~ $3.00
**Second Target:** $25 ~ $27.50

### Recommendation
### BUY NOW!

At a reasonable 30% recovery rate, that yields 3,900,000 barrels per 640 acres site...

Four wells per 640 acre site @ $5M each = $20 million. Figuring oil selling at $90 a barrel and operating expenses per four-well site of $2,500 and a well life of 10 years...

So, that works out to $280,000,000 net revenue less expenses of $20,300,000 = profit of 259,700,000 for an investment of just $20,300,000.

## Or, extrapolating...an investment of just $10,000 would yield $137,931.

That's why near-term, I expect this stock, NORX, to jump quickly from its current ridiculous 50-cents a share to the $5.00 range and then in the next 18-24 months, to begin a steady climb that will eventually take it to about $25 or more a share!

## Smack in the middle of the Bakken's newly recognized sweet spot!

The South Sun River Bakken Prospect opportunity is located in a prime area of the Alberta Bakken Fairway where the western edge of the Bakken Fairway plunges into contact with the tectonically heated Thrust Zone and the resulting thermal maturity of the Bakken offers the highest potential for oil production.



**Peak oil generation is reached near or within the footwall of the overthrust belt where Ro is closer to 1.0% and migration into Mississippian traps occurred over a 40-50 m lateral distance.**

Specifically, the Norstra Energy prospect lies within the key oil producing zone where thermal maturity (Ro) is between 0.7% and 1.5%. Oil production begins when Ro is above 0.65% and slows when Ro is over 1.3%.

The Total Oil Content (T.O.C.) readings in the prospect area are high as well, reading between 7% and 14%, and water content of the Bakken in the area is low.

There are excellent resistivity readings in the Upper and Lower Bakken members in key wells in the prospect area. The wells show excellent sections of the Bakken with resistivity readings over 400 ohms, well in excess of the minimum 35 ohms needed for possible oil production. The Middle Member of the Bakken, known as the Sappington Silt, is also well developed, with adequate porosity (3-15%) and permeability (1-20 md) for oil production.

CONFIDENTIAL TREATMENT REQUESTED

FSM0010352

SECLIT-000096468

Below, for comparison, are several wells in Norstra's prospect area and their Bakken section thickness and corresponding resistivity readings:

- Sec.22 T17N-R6W    ARCO/Steinbach # 1    Bakken: 76'    Ohms: >2,000
- Sec.32 T18N-R5W    Shell/Krone 31-32    Bakken: 70'    Ohms: 400
- Sec.3-T14N-R6W    Suncor/Flesher 14603    Bakken: 52'    Ohms: 100- 300
- Sec.9-T19N-R8W    Sun Exploration/JB Long # 1-9    Ohms: >200

## Round 2 of astonishing Bakken profits will benefit from technological advances that have slashed the cost per barrel by more than 67%!

The Bakken is what geologists call an over-pressurized system. The high pressure in the Bakken means the oil is contained within the source rock itself. This means the oil remains in place and is tightly contained throughout the geologic structure.

The formation's high pressure — coupled with advances in technology — make each well drilled in the Bakken capable of producing 600,000 and 700,000 barrels of oil over the course of its life.

Bakken production took off in 2008 and was producing around 150,000 barrels per day.

As you read this, North Dakota is pumping 768,000 barrels per day and has over 3,000 wells working.

Thanks to advances in horizontal drilling and fracking, **oil production has increased 412% in just four years**. If that's not a boom, I don't know what is.



CONFIDENTIAL TREATMENT REQUESTED

FSM0010353

SECLIT-000096469

# The Bakken Is The Future and Norstra (NORX) Is Now Your Best Bakken Opportunity:

Despite the ranging coming out of Washington, there can be no doubt that over the coming years, the U.S. will become energy independent.

In fact, within the next 8 years, I believe the good old US of A will become the world's number one oil producing country.

Inside of 10 years, we could to be 100% energy independent, without the help of alternate or synthetic fuels!

According to the US Energy Information Administration, (EIA) and thanks mostly to the Bakken, U.S. crude oil production is expected to rise by 815,000 barrels per day in 2013.



Horizontal drilling has unlocked billions in investor profits from the Bakken Oil Pool

That's the largest increase in annual output since the US started producing crude oil commercially in 1859, and it would bring this year's total output to 7.25 million barrels per day.

Back in September, 2012, oil production from the Williston Basin topped 800,000 barrels per day for the first time (granted, 90% of that oil came from North Dakota's portion of the Bakken Formation, but it's a record nonetheless):



So, mark my words: The Bakken is happening. And it's happening in spite of Obama's policies — not because of them.

What's really shocking, however, is that most investors are totally clueless about this jaw-dropping change that's at our doorstep.

It's not something you're likely to read too much about in many of the mainstream news sources. In fact, a lot of the stories, commentary, and technological breakthroughs responsible for thrusting America onto the global energy landscape have largely gone unnoticed. Which is yet another reason I'm so keen on **NORX**.

CONFIDENTIAL TREATMENT REQUESTED

FSM0010354

SECLIT-000096470

As president, Glen Landry said in a recent press release:

> *"This is a fantastic opportunity for Norstra and its shareholders. I believe that this area of Montana could become the next Williston basin in time and we're well positioned to be a player in the area."*
>
> *"My 30 years of experience in this region have convinced me that northwest Montana holds a significant amount of oil and I am looking forward to leading Norstra and its shareholders towards profitability through exploration and production."*

Mr. Landry is a seasoned, third generation geologist from the University of Montana. His grandfather was involved in the development of the famous Kevin Sunburst Oil Field in Montana, and the family has been active in the oil industry ever since.

Mr. Landry received a geology degree from the University of Montana over 30 years ago, and his main exploration and development focus has been Montana and North Dakota.

During the 1980's, he consulted for Occidental Petroleum, which, amongst other oil companies, was very active in exploring and shooting seismic throughout northwestern Montana. These efforts were focused on finding crude oil in deep formations, but were not economically feasible at the time, but now represent a viable source of untraditional oil through fracking and other modern extraction techniques.

Under Mr. Landry's leadership, the company is in the process of evaluating additional lands in northwestern Montana with an aim toward acquiring a sizeable land position for exploration in the Bakken formation.

## The Majors Are Already In The Bakken

In late December, 2011, there are over 200 drilling rigs operating in the Williston Basin and the New Alberta Fairway, and 8 drilling permits per day being issued on average. In the last quarter of 2010, there was an estimated **$3 Billion invested** in Bakken drilling, leasing and production facilities. The principal companies involved are listed in the chart below.

| | |
|---|---|
| Marathon Oil | Northern Oil & Gas |
| ExxonMobil | Brigham Exploration |
| Occidental Petroleum | Continental Resources |
| Hess | Denbury Resources |
| EOG Resources | Kodiak Oil & Gas |
| Petrobakken | Enbridge Energy |
| Whiting Petroleum | Kinder Morgan |
| Oasis Petroleum | MDU Resources |
| Newfield Energy | QEP Resources |
| Primary Petroleum | Samson Oil & Gas |

## Eight Strong Reasons to Load Up on NORX Now

CONFIDENTIAL TREATMENT REQUESTED

FSM0010355

SECLIT-000096471

## While You Can Still Get It at Around 50-cents a Share:

1. The position of the Prospect in the regional maturity of the Bakken is excellent.

2. Acquisition costs were a fraction of what some majors have paid for similar prospects and development costs will also be less due to the shallower wells and the availability of existing infrastructure

3. Nearby resistivity or confirmed presence of oil is excellent. The Shell Krone well and the ARCO Steinbach confirm this.

4. The Bakken is a sealed resource project, considering high resistivity in the nearby Krone and Steinbach wells. A flushed reservoir is commonly less than 35 ohms of resistivity on the logs.

5. Chance of success with the initial well is excellent. With review of the seismic line the company will locate the first drill location on the same block that has the Krone well. State mapping has already done this. All blocks are likely commercial.

6. A superb lease position of 10,097.99 mineral acres.

7. Oil in Place (OOIP) of 13 MMBO per 640 acres.

8. Glen Landry, President and CEO has 40 years of field experience in the area and CFO Dallas Kerkenezov has the business and financial experience needed to guarantee success.

## Buy shares of NORX now while you can still get them around 50-cents and you could turn $10,000 into $139,700 in the not too distant future!

## NORX Could Be My Biggest Winner Of All Time!

For my complete report on NORX and more information about my monthly newsletter, just click on the link below!

CONFIDENTIAL TREATMENT REQUESTED

FSM0010356

SECLIT-000096472

CLICK HERE

Invest Successfully,

*Eric Dany*

Eric Dany
Editor
Prospector Newsletters

P.S. If you like finding out about high potential, undiscovered and under-valued opportunities like Norstra Energy, then please consider subscription to my newsletter.

ERIC DANY'S STOCK PROSPECTOR IMPORTANT NOTICE AND DISCLAIMER: This is a paid advertisement by Eric Dany and/or Eric Dany's Stock Prospector (collectively, "EDSP"). EDSP has received $20,000 from Full Service Media, LLC in compensation for this advertisement to enhance public awareness of Norstra Energy, Inc. (hereafter "NORX"). EDSP also expects to receive new subscriber revenue, the amount which is unknown at this time, as a result of this advertising effort. EDSP does not perform any due diligence on the stocks and companies discussed herein. EDSP relies on generally available public information and representations made by NORX. EDSP does not purport to provide an analysis of any company's financial position, operations, or prospects and this is not to be construed as a recommendation by EDSP, or an offer to sell or solicitation to buy or sell any security. NORX, the company featured in this issue, appears as paid advertising. Although the information contained in this advertisement is believed to be reliable, EDSP makes no warranties as to the accuracy of any of the content herein and accepts no liability for how readers may choose to utilize it. Readers should perform their own due-diligence before investing in any security including consulting with a qualified investment advisor or analyst. Readers should independently verify all statements made in this advertisement and perform extensive due-diligence on this or any other advertised company. Eric Dany and EDSP nor any of their principals, officers, directors, partners, agents, or affiliates are not, nor do we represent ourselves to be, registered investment advisors, brokers, or dealers in securities. EDSP is not offering securities for sale. An offer to buy or sell can be made only with accompanying disclosure documents and only in the states and provinces for which they are approved. EDSP does not offer or sell securities. More information can be received from NORX's website at www.norstraenergy.com. Further, specific financial information, filings and disclosures as well as general investor information about publicly listed companies and other investor resources can be found at the Securities and Exchange Commission website at www.sec.gov and www.nasd.com. Any investment should be made only after consulting with a qualified investment advisor and only after reviewing the financial statements and other pertinent corporate information about the company. Many states have established rules requiring the approval of a security by a state security administrator. Check with www.nasaa.org or call your state security administrator to determine whether a particular security is licensed for sale in your state. This advertisement is not intended for readers in any jurisdiction where not permissible under local regulations and investors in those jurisdictions should disregard it. Investing in securities is highly speculative and carries a great deal of risk, which may result in investors losing all of their invested capital. Past performance does not guarantee future results. The information contained herein contains forward-looking statements and information within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, including statements regarding expected continual growth of the featured company. Forward-looking statements are based upon expectations, estimates and projections at the time the statements are made and involve risks and uncertainties that could cause actual events to differ materially from those anticipated. Forward-looking statements may be identified through the use of words such as expects, will, anticipates, estimates, believes, or by statements indicating certain actions may, could, should, or might occur. Any statements that express or involve predictions, expectations, beliefs, plans, projections, objectives, goals or future events or performance may be forward-looking statements. In accordance with the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, the publisher notes that statements contained herein that look forward in time, which include other than historical information, involve risks and uncertainties that may affect the company's actual results of operations. Factors that could cause actual results to differ include, but are not limited to, the size and growth of the market for the company's products and services, regulatory approvals, the company's ability to fund its capital requirements in the near term and the long term, pricing pressures and other risks detailed in the company's reports filed with the Securities and Exchange Commission. Eric Dany's Stock Prospector is a trademark of Eric Dany. All other trademarks used in this publication are the property of their respective trademark holders. EDSP is not affiliated, connected, or associated with, and are not sponsored, approved, or originated by, the trademark holders unless otherwise stated. No claim is made by EDSP to any rights in any third-party trademarks.

Third Party Advertiser/Advertising Agency IMPORTANT NOTICE AND DISCLAIMER: Arista Theme Ltd., the third party advertiser, has paid $3,640,640 USD to Full Service Media, LLC (FSM) as of June 3, 2013 for this advertising effort in an effort to build investor awareness. FSM shall retain any amounts over and above the cost of creating and distributing this email advertisement which advertises Eric Dany's Stock Prospector Newsletter coverage of Norstra Energy, Inc., Advertising services include: production, outsourced advertising copywriting services, mailing and other related distribution services and advertising media placement costs. Arista Theme Ltd., the third party advertiser, is a company based in Tortula, BVI. Arista Theme Ltd., the third party advertiser, has represented to FSM in writing that it is not a current shareholder of Norstra Energy, Inc. and that neither it nor its affiliates will buy or sell any shares of Norstra Energy, Inc. during the period that this advertisement is being disseminated by FSM third party media vendors. This is sponsored advertising and does not purport to provide an analysis of the featured company's financial position, operations or prospects and is not to be construed as a recommendation or solicitation by FSM to buy or sell any security. FSM is a firm which refers and facilitates the services of third-party vendors and advertising related service providers to persons wishing to sponsor advertising featuring publicly-traded companies. FSM is not a financial analyst, investment advisor or broker/dealer. The services provided by FSM in connection with this advertisement are limited

CONFIDENTIAL TREATMENT REQUESTED

FSM0010357

SECLIT-000096473

to the introduction of third party advertiser to copywriter services and paid endorser, the renting of distribution list(s), and managing the production and distribution of this advertisement. FSM is not responsible for the endorsement of this advertisement, which is the sole responsibility of Eric Dany's Stock Prospector Newsletter. Eric Dany's Stock Prospector Newsletter expects to generate new subscriber revenue as a result of this advertising effort. Neither FSM nor its members have an ownership interest in Eric Dany's Stock Prospector Newsletter or any of its affiliates, and neither Eric Dany's Stock Prospector Newsletter nor its affiliates have an equity interest in FSM. Neither FSM nor its members will trade in the securities of Norstra Energy, Inc. FSM makes no warranties as to the accuracy of the content of this advertisement and expressly disclaims and assumes no liability for how readers may choose to utilize the content of this advertisement. Readers are strongly urged to independently verify all statements made in this advertisement and to perform their own due diligence on this or any other advertised company, including but not limited to consulting with a qualified investment professional and reviewing the publicly available financial statements of, and other information about Norstra Energy, Inc. You should also determine that an investment in Norstra Energy, Inc. company is appropriate and suitable for you. Norstra Energy, Inc. is traded on the OTCQB (trading symbol: NORX). Its stock is registered under the Securities Act of 1933, as amended, and its periodic and other reports filed under the Securities Exchange Act of 1934, as amended, are publicly available from the Securities and Exchange Commission at its website at http://www.sec.gov. This website also contains general investor information about publicly-traded companies, advice to investors and other investor resources. Other investor resources are available from the Financial Industry Regulatory Authority through its website at http://www.finra.org. Many states have established rules requiring approval by the state securities administrator to permit sales of a security to its residents. Check with the North American Securities Administrators Association through its website at http://www.nasaa.org or call your state securities administrator to determine whether a particular security may be purchased by you as a resident of your state. Many companies have filed information with state securities regulators and many companies will supply prospective investors with additional information upon request. Investing in securities is highly speculative and carries a great deal of risk, especially as to newer companies with comparatively short operating histories and limited earnings. This advertisement contains forward-looking statements regarding Norstra Energy, Inc. its business and prospects. Such forward-looking statements are within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are intended to be covered by the safe harbor provisions created by these laws. This advertisement may provide the addresses of or contain hyperlinks to outside or third-party websites, FSM has not reviewed any such websites and takes no responsibility for the contents thereof or any possible effects resulting from accessing any such websites. The contents of any such websites do not in any way constitute a part of this advertisement. Accessing such websites or following any link shall be at your own risk.

CONFIDENTIAL TREATMENT REQUESTED

FSM0010358

SECLIT-000096474