# Exhibit 15



Miriam G. Bahcall
Tel 312.476.5135
Fax 312.899.0437
bahcallm@gtlaw.com

January 22, 2014

### CONFIDENTIAL TREATMENT REQUESTED
### BY WILLIAM KAITZ AND FULL SERVICE MEDIA, LLC

*VIA UPS*

Yitzchok Klug, Esq.
Division of Enforcement
United States Securities and Exchange Commission
3 World Financial Center, Suite 400
New York, New York 10281

Re:  Norstra Energy Inc. (NY-08939)

Dear Mr. Klug:

This correspondence is provided on behalf of our clients, William Kaitz and Full Service Media (collectively, "FSM"), in further response to your July 15, 2013 subpoenas (the "Subpoenas") and your follow-up requests during and following the testimony of Mr. Kaitz provided to the SEC on October 30, 2013 in the above-mentioned matter.

In further response to the Subpoenas and to your follow-up requests, please find a disk containing the production of Concordance format documents Bates labeled FSM0010324 – FSM0010539, which documents were in FSM's possession, custody or control. We have not removed any responsive documents based on privilege and thus, no privilege log will be produced. In this regard, we note that in the event any privileged documents are included in the materials provided by FSM, such inclusion is inadvertent and is not intended to constitute a waiver of the attorney-client privilege or any other applicable privilege or doctrine.

Please note that we have included a field in FSM's Concordance production identifying the request or requests, if any, to which a document may be responsive.

The documents produced with this letter consist of the following items requested by the SEC following Mr. Kaitz's testimony:

- Copies of cancelled checks from any of the FSM business accounts from January to September 2013 bank statements.

- Copies of all statements for Mr. Kaitz's personal bank accounts from January to September 2013.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN··
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME··
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

*OPERATES AS
GREENBERG TRAURIG MAHER LLP
+OPERATES AS
GREENBERG TRAURIG, S.C.
··A BRANCH OF
GREENBERG TRAURIG, P.A.,
FLORIDA, USA
^STRATEGIC ALLIANCE
~OPERATES AS
GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP ◾ ATTORNEYS AT LAW ◾ WWW.GTLAW.COM
77 West Wacker Drive ◾ Suite 3100 ◾ Chicago, IL 60601 ◾ Tel 312.456.8400 ◾ Fax 312.456.8435

SECLIT-000091793

Yitzchok Klug
January 22, 2014
Page 2

---

- Copies of cancelled checks of greater than $1,000 from Mr. Kaitz's personal bank accounts from January to September 2013.

- Examples of the final email and landing page content that was distributed (FSM0010324 – FSM00358).

- List of contacts in Mr. Kaitz's Skype account (FSM0010508 – FSM0010539). We were able to extract the contact data only into a TXT file.

Also, we provide the following responses to specific questions you asked following Mr. Kaitz's testimony:

- Production bates ranges of final print copy of the mailer: FSM0009115 – FSM0009130.

- As Mr. Kaitz testified, DH Media referred Arista Theme (see Transcript at 227:5-6).

- Mr. Kaitz cannot identify all individuals who may have the password for the stockleads81@gmail.com email account. In his testimony, Mr. Kaitz identified three individuals to whom he recalled having provided the password (see Transcript at 61:10-63:3). In addition, Mr. Kaitz can identify Chad Kettering (owner of Raven Consulting) as a person to whom he provided the password.

- Mr. Kaitz has identified the following companies which, to Mr. Kaitz's understanding, created their own copy relating to Norstra for use on their respective domains:

| Company | Domains Owned or Managed |
|---|---|
| Global Marketing Media | pennystockcircle.com<br>123stockalerts.com<br>pennystockpros.com<br>pennystockclub.com<br>thestockscout.com<br>pennystockplayer.com<br>stockmarketquote.com |
| ODD Marketing | pennystockcircle.com<br>123stockalerts.com<br>pennystockpros.com<br>pennystockclub.com<br>thestockscout.com<br>pennystockplayer.com<br>stockmarketquote.com |

*CHI 64371329v1*

SECLIT-000091794

Yitzchok Klug
January 22, 2014
Page 3

| Jiang Yu | toonicestocks.com |
|---|---|
| Investing Media Solutions | buypennystocks.com<br>bestpennystocks.com<br>microcapfortunes.com<br>superstockplays.com<br>oakshirefinancial.com<br>pennystockprofessor.com |
| Lake Group Media | thestreetalert.com |
| Levelogic | smallcapnetwork.com |

\*\*\*\*\*\*\*\*

FSM hereby request that the staff of the Commission afford confidential treatment under the Freedom of Information Act, 5 U.S.C. § 522 ("FOIA"), as amended, or under the relevant rules of the Commission (*e.g.*, 17 C.F.R. § 200.80), to the entire contents of this letter and the documents produced in response to the Subpoenas. It is FSM's position that the contents of this letter and the documents produced in response to the Subpoenas are confidential documents within the meaning of FOIA, and may not be disclosed to third persons without the consent of FSM. Accordingly, this letter and the documents produced in response to the Subpoenas have been stamped "Confidential Treatment Requested." We will also make a separate written request for confidential treatment under FOIA to the FOIA Office of the Commission pursuant to 17 C.F.R. § 200.83(c)(3).

If any person (including any government employee who is not an employee of your office) should request an opportunity to inspect or copy this letter or the documents produced in response to the Subpoenas, we request that FSM, through the undersigned, (i) be promptly notified of such request; (ii) be furnished with a copy of all written documents pertaining to such request (including, but not limited to, the request itself and any determination by your office with respect to any such request); and (iii) be given sufficient advance notice of any intended release of this letter so that FSM, if they deem necessary or appropriate, may pursue any remedies available.

We would also appreciate being advised promptly as to any determination not to accord confidential treatment to this letter or the enclosed documents. In the event that your office is inclined to release this letter or the enclosed documents, FSM request that you notify Miriam G. Bahcall. If your office is not satisfied that this letter or the documents produced in response to the Subpoena are exempt from disclosure, FSM will supply further particulars and request a hearing on the claim of exemption.

If you have any questions regarding the above, please contact me at (312) 476-5135.

CHI 64371329v1

Yitzchok Klug
January 22, 2014
Page 4

Respectfully submitted,

*Miriam Bahcall signature*

Miriam G. Bahcall

Enclosures

cc: ENF-CPU, U.S. Securities and Exchange Commission (Via UPS, with disk only)
   Ms. Celia Winter, Freedom of Information Act PA Officer (Via U.S. Mail, w/out enclosures)
   William Kaitz (Via Electronic Mail Delivery)