# Exhibit 16



Miriam G. Bahcall
Tel 312.476.5135
Fax 312.899.0437
bahcallm@gtlaw.com

July 11, 2016

**_VIA EMAIL_**

Jorge G. Tenreiro
Senior Staff Attorney, Division of Enforcement
U.S. Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, NY 10281

Re:    Norstra Energy Inc. (NY-08939)

Dear Mr. Tenreiro:

On behalf of my clients, William Kaitz and Full Service Media (collectively "FSM"), on January 22, 2014, I sent a letter to Yitzchok Klug in connection with a production of documents, Bates labeled FSM0010324 – FSM0010539, in further response to the SEC's July 15, 2013 subpoenas (the "Subpoenas") and Mr. Klug's follow-up requests during and following the testimony of Mr. Kaitz provided to the SEC on October 30, 2013 in the above-mentioned matter.

It has come to my attention that my January 22, 2014 letter contained a typographical error. I would like to correct that error now.

On Page 2 of my January 22, 2014 letter, I wrote the following:

- *Examples of the final email and landing page content that was distributed (FSM0010324 – FSM00358).*

This Bates range is incorrect. The correct Bates range is FSM0010324 – FSM010358. As such, the corrected bullet point should read as follows:

- Examples of the final email and landing page content that was distributed (FSM0010324 – FSM010358).

I apologize for any inconvenience this typographical error has caused. If you have any questions, please contact me at (312) 476-5135.

Respectfully submitted,

Miriam G. Bahcall

Cc (by email): Nancy Brown, Esq.
Yitzchok Klug, Esq.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV
TYSONS CORNER
WARSAW
WASHINGTON, D.C.
WHITE PLAINS

+OPERATES AS
  GREENBERG TRAURIG MAHER LLP
+OPERATES AS
  GREENBERG TRAURIG, S.C.
^A BRANCH OF
  GREENBERG TRAURIG, P.A.
  FLORIDA, USA
~STRATEGIC ALLIANCE
+OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
77 West Wacker Drive ■ Suite 3100 ■ Chicago, IL 60601 ■ Tel 312.456.8400 ■ Fax 312.456.8435